IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DEBRA L. RUBIN                          :        CIVIL ACTION
                    Plaintiff,          :
                                        :
        v.                              :
                                        :
AMERIHEALTH ADMINSTRATORS,              :
INC. d/b/a AMERIHEALTH                  :
ADMINSTRATORS                           :
            and                         :
CROZER-CHESTER MEDICAL CENTER, :
            Defendants.                 :        NO. 12-3719-RK


PLAINTIFF'S RESPONSE IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT OF
DEFENDANTS, AMERIHEALTH ADMINISTRATORS, INC.
AND CROZER-CHESTER MEDICAL CENTER

        Plaintiff, Debra L. Rubin, by and through her undersigned counsel, hereby responds to

defendants' motion for summary judgment, as follows:

        Plaintiff hereby moves the Court to deny the Motion for Summary Judgment pursuant to

F.R.C.P. 56.  Plaintiff will rely upon the attached memorandum of law in support of her

opposition to said motion.


                                Respectfully submitted,

                                BARNARD, MEZZANOTTE, PINNIE
                                 AND SEELAUS, LLP


                                By:    /s/ Mark S. Pinnie
                                       Mark S. Pinnie, Esquire
                                       Attorney I.D. No. 34769
                                       218 West Front Street
                                       Media, PA  19063
                                       Tel:  610-565-4055
                                       Fax:  610-565-3309
                                       Email:  mpinnie@bmplaw.net

                                       Attorney for Plaintiff,
                                       DEBRA L. RUBIN