# PLAINTIFF'S EXHIBIT 1

Rec'd in PCM appeals 4/18/12

0
0
0
7

## Debbie Rubin
## 1295 N Providence Road
## Apt F 410 L
## Media PA 19063

### CRPS/RSD Injury History

✦ June 17, 2011: while pushing my shopping cart to my car at Target, it hit a pot hole. My body was still in motion and my foot slammed into the cart wheel. I went down.

✦ June 18, 2011: I went to the ER at Crozier-Chester where they took x-rays. No fractures were found. They splinted my foot.

✦ June 20, 2011: I saw Jeffrey D Lehrman, D.P.M. Of Foot and Ankle Specialists of Delaware County. He removed the splint and put me in a boot.

✦ June 22, 2011: and July 23, 2011 MRIs were done of my foot

✦ July 27, 2011: Dr Lehman suggested that I needed surgery to clean out the blood on the top of my foot where it was very swollen.

✦ July 28, 2011: An orthopedic surgeon said that surgery was not needed but prescribed physical therapy.

✦ August 2011: I began physical therapy three times a week

✦ It was suggested that I might have CRPS/RSD so I was sent to Dr Robert J. Schwartzman at Hahnemann University Hospital for a consultation. Dr. Schwartzman is a world renown CRPS/RSD specialist.

✦ October 10, 2011 Dr Schwartzman diagnosed me with CRPS/RSD and said that my best chance of getting the CRPS/RSD into remission; since I had been diagnosed early, was to do IV Ketamine infusions. I ordered the pre-Ketamine testing that includes neurological, psychological, cardiac and blood testing. I have complete all of these at this time.

Rec'd in PCM appeals 4/18/12

0
0
0
8

## History of Aneurysm

✦ April 27, 2005

I collapsed on my couch. My Husband called 911. I was taken to a local hospital and flown to Thomas Jefferson in Philadelphia. I arrived around 3:00 a.m. I believe they did the angiogram around 6:00 a.m. and it was successful. I had every possible complication and then some - had teams of doctors trying to figure out why my blood count was off, which had to be figured out before they could send me to rehab.

✦May 2005

I spent five days at Bryn Mawr Rehabilitation Hospital, learning to walk again but no neuro-psy evaluation. Nearly a year later I fell apart. That's when I discovered I'd gone back to work too soon and had a brain injury.

✦October, 2005

An angiogram was done to make sure MRA matched what was in my brain.

✦October 2005 until Oct., 2007

MRAs every six months,
May, 2007 to July 2010 one MRA a year.

✦July 2010: angiogram - protocol at Jefferson to go in after five years.

My coils were "falling out".

✦Jan., 2011: angiogram to repair the coils.

✦Feb., 2011: angiogram to make sure the coils were ok. They were.

✦2012: Now I'm followed once a year with an MRA.

All my Crozer doctors and Dr. Schwartzman wants me inpatient for the Ketamine because of the coils and aneurysms. They said my system/brain are too fragile to do outpatient ketamine infusions. They want all of the monitoring and emergency equipment that are available in the hospital just in case.