# PLAINTIFF'S EXHIBIT 2

Rec'd in PCM appeals 4/23/12

Debra Rubin
1295 N Providence Rd
F410L
Media, PA 19063

Via fax and certified mail

April 22, 2012

Gideon D Hill, M.D. FAAFP
Vice President, Managed Care Service
AmeriHealth Administrators
Patient Care Management
720 Blair Mill Rd.
Horsham, PA 19044

Dear Dr. Gideon D. Hill:

On Friday, April 20 I had the opportunity to speak with Ms. Patricia Buckley from the Appeals Department. While we were speaking, I opened up my file of paperwork for the appeal and I realized that what I submitted on April 12 was a very incomplete first draft of my appeal letter and not the final version. Because this appeal relates to a very important medical and legal decision, I am requesting that you withdraw my letter of April 12 and please accept this document as the final version of my appeal letter.

I am appealing your decision of March 28, 2012 that denied me inpatient ketamine treatment with Robert J. Schwartzman, M.D. at Drexel University, Department of Neurology, based on your decision that ketamine infusions in the treatment of Chronic Regional Pain Syndrome (CRPS), also known as Reflex Sympathetic Dystrophy (RSD), are "experimental and investigational".

In a decision in March 2011, an external utilization review appeal was done through the Pennsylvania Department of Health on behalf of another of Dr. Schwartzman's CRPS patients when their insurance company denied them for identical reasons. This external independent review found, "The health plan deemed the use of IV ketamine to be not medically necessary, but also stated that it was against the health plan's policy because it was considered to be experimental or investigational". This is not an accurate statement and goes against the available medical literature.

There are now two publications in the placebo-controlled clinical trials, supporting the use of anesthetic level IV ketamine in patients with refractory CRPS Type I (Sigtermans MJ, van Hilten JJ, Bauer MD et al): *Ketamine produces effective and long-term pain relief in patients with complex regional pain syndrome type.* **Pain** 2009; 145: 304-311. Also, (Swartzman RJ, Alexander GM, Grothusen JR, et al.): *Outpatient intravenous*

Rec'd in PCM appeals 4/23/12

Gideon D. Hill, M.D. FAAFP
2, 4/23/2012

*ketamine for treatment of complex regional pain syndrome: a double-blind placebo controlled study.* **Pain** 2009; 147: 107-115.) In the study by Sigtermans et al, they studied sixty (60) patients and noted a "statistically significant improvement in pain control (<0.05) in the group receiving IV Ketamine.... Therefore inpatient admission for the administration of IV Ketamine is considered the standard of care...".

In my case, outpatient ketamine is not an option because of my previous history of two ruptured brain aneurysms in April 2005 and three angiograms in July 2010, January 2011 and February 2011. I was very lucky to have survived the ruptured aneurysms and am still carefully monitored by Pascal Jabbour, M.D. at Thomas Jefferson Hospital, Department of Neurosurgey. The original medical crisis, the ruptured aneurysms, resulted in coils and a shunt in my brain.

Since my injury in June 2011, resulting in the diagnose of CRPS, I have been treated by five Crozer-Chester Medical Center physicians, all of whom confirm my diagnose of CPRS. In fact, in January 2012, during an office visit with the Director of Interventional Pain Management at Crozer-Chester Medical Center, Dr. DiGregorio told me that she could not offer me anything superior to Dr. Schwartzman's treatments and said she would do nerve blocks only if Dr. Schwartzman said they would not harm me. My neurologist, Dr. Roderick Spears, said that nerve blocks might harm me and he advised me not to have them. This might have been after his consultation with Dr. Schwartzman, I do not know for sure. I only know that, with my permission, he did communicate with Dr. Schwartzman about my condition. My primary care physician, Karen Scoles, M.D. and my neurologist, Roderick Spears, M.D. do not think that it is safe to administer ketamine in an outpatient setting, leaving inpatient my only option. I need to be in an ICU setting where my vital signs are closely monitored by critical care doctors and where if a complication were to arise, I would be in a place where medical professionals could act quickly. This can only happen in an inpatient setting.

In addition to the March 2011 ruling by the PA Department of Health Independent Review of ketamine for the treatment of CRPS, ketamine is covered by Medicare. Medicare would not cover ketamine as a treatment for CRPS if they thought that it was experimental or investigational. Other insurances, such as Blue Cross, cover outpatient ketamine infusions but as mentioned above, outpatient infusions are not an option for me.

My husband has been a loyal employee of Crozer-Chester Medical Center for over thirty years, most of that time spent working in the Nathan Speare Regional Burn Treatment Center. We are perfectly willing to take this for another review with the PA Department of Health for an Independent Review to get another ruling on whether ketamine is "Experimental or Investigational" in the treatment of CRPS if you continue to reject my request for this treatment; however it is in the best interest of the treatment of my CRPS since it was diagnosed early that I get the ketamine infusions as soon as possible for the best possible result, physically for me and financially for you.

Rec'd in PCM appeals 4/23/12

Gideon D. Hill, M.D. FAAFP
3. 4/23/2012

My CRPS was diagnosed early and I am very lucky, as I know many patients go years before being diagnosed. I do not remember which doctor first recommended Dr. Schwartzman, I just remember being given his name and phone number and was told that I might have to wait four to six months to get an appointment. When I called Dr. Schwartzman's office in August or September of 2011, I was given an appointment for **October 2014.** On Friday, October 7, 2011 at 4:45 p.m. I received a call from Dr. Schwartzman's office saying they had a cancellation and offered me an appointment on October 10 at 9:00 a.m. I was offered this appointment because Dr. Schwartzman understands the importance of controlling the spread of CRPS by early treatment.

My injury was the result of a shopping cart hitting a pothole and the cart stopping and my left foot was caught in the wheel of the cart and took me to the ground. My foot immediately swelled and bruised. I went to Crozer-Chester's ER the next day to confirm that I had not broken my foot. I was referred to Jeffrey D. Lehrman, D.P.M. of Foot and Ankle Specialists of Delaware County and was under the care of both Dr. Lehrman and his colleague, David E. Samuel, D.P.M., F.A.C.F.A.S for a month. My treatment consisted of pain pills and two MRIs to make sure nothing was broken or fractured. The doctors treating me wanted to do surgery after a month and I sought a second opinion from Evan Bash, M.D. of OA Premier Orthopedic and Sports Medicine. Dr. Bash confirmed the diagnose of CRPS and recommended physical therapy, which I did for three times a week from August until February at the Physical Medicine and Rehabilitation Department at the HealthPlex at Springfield Hospital, when AmeriHealth discontinued therapy because I was not making progress. During physical therapy treatment I reported that the CRPS spread first to my left knee and then up to my thigh. Dr. Roderick Spears is currently my treating physician for my CRPS. On May 15 I will receive the results of a nerve conduction test to see if the CRPS has spread to my right side. I believe that it has due to the serious pain I am now experiencing in my pelvic area, the groin site where my neurosurgeon goes into my femoral artery to perform the cerebral angiograms and is now going down my right leg. I believe this new pain is a result of the CRPS because these are weak spots in my body, the very same spots Dr. Schwartzman identified in October of 2011. Since I no longer have physical therapy, I am not receiving treatment for this condition except for pain pills, lyrica and lidoderm patches. Dr. Spears currently prescribes 180 percocet a month (up from 140) and 60 morphine pills. I am fearful of the long-term harm these pills are doing to my body. They are also no longer providing sufficient pain relief and at my May 15 appointment I will be discussing with him my need for more effective pain relief. The pain pills I am currently taking dull the pain, however, they exhaust me and have seriously compromised my quality of life. I am also suffering from sleep depravation, as turning over in my sleep causes what I call "screaming pain", which would be considered a ten on a scale of one to ten, with ten being the worst possible pain. I also continue to need a boot, which I have been wearing for nine months now and a cane to walk. I still cannot put pressure on my left foot and the range of motion in my left foot is compromised. My right side is killing me with pain due to my gait having been affected. I am living in hell.

Rec'd in PCM appeals 4/23/12

Gideon D. Hill, M.D. FAAFP
4, 4/23/2012

I am hoping therefore that you will approve this appeal so that I have a chance to control my pain and reduce the pain pills that I take. I also do not want to go the additional step of an Independent Review by the PA Department of Health and have your denial reversed as has been done in the past; however, I am prepared to do so if you do not approve my request for inpatient ketamine treatment and the follow up care that will be required by Dr. Schwartzman. In fact, if necessary, I am prepared to litigate this decision, which my attorney has offered to do for me at no additional cost, as he is litigating the parties responsible for my injury.

While the Burn Treatment Center is now using ketamine to treat burn patient's pain, the Crozer-Chester Keystone System does not offer ketamine for CRPS and therefore my only option for the ketamine infusions is to go to the best practitioner in the tri-state Philadelphia area. The best physician to treat CRPS not only in PA but in the Northeast is Dr. Robert J. Schwartzman. In fact, Dr. Schwartzman is recognized as a world expert with ketamine infusions and has been doing this work for thirty years. Given the complexity of my medical history, he is not only the best choice to treat my CRPS but also the only choice. I had to undergo a rigorous diagnostic process in order to be accepted for treatment by Dr. Schwartzman, which I did and I was accepted. It is his recommendation that my best chance of successful treatment is with ketamine infusions.

I beg you to approve my treatment, as there is a waiting list for the five beds at Hahnemann Hospital and I have no idea how long it might take to get treatment. No one should have to live through the hell that I am currently living in.

Respectfully Submitted,

Debra Rubin

Enclosures: Research articles

Cc: Mark S. Pinnie, Attorney at Law

Rec'd in PCM appeals 4/18/12



## IASP.

PAIN® xxx (2009) xxx–xxx



www.elsevier.com/locate/pain

# Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1

Marnix J. Sigtermans [a,1], Jacobus J. van Hilten [b,1], Martin C.R. Bauer [a], M. Sesmu Arbous [c], Johan Marinus [b], Elise Y. Sarton [a], Albert Dahan [a,*]

[a] Department of Anesthesiology, Leiden University Medical Center, P.O. Box 9600, 2300 RC Leiden, The Netherlands
[b] Department of Neurology, Leiden University Medical Center, P.O. Box 9600, 2300 RC Leiden, The Netherlands
[c] Department of Intensive Care, Leiden University Medical Center, P.O. Box 9600, 2300 RC Leiden, The Netherlands

## ARTICLE INFO

Article history:
Received 1 April 2009
Received in revised form 20 May 2009
Accepted 18 June 2009
Available online xxxx

Keywords:
CRPS
Ketamine
NMDA receptor
Disease modulation

## ABSTRACT

Complex Regional Pain Syndrome Type 1 (CRPS-1) responds poorly to standard pain treatment. We evaluated if the N-methyl-D-aspartate receptor antagonist S(+)-ketamine improves pain in CRPS-1 patients. Sixty CRPS-1 patients (48 females) with severe pain participated in a double-blind randomized placebo-controlled parallel-group trial. Patients were given a 4.2-day intravenous infusion of low-dose ketamine ($n = 30$) or placebo ($n = 30$) using an individualized stepwise tailoring of dosage based on effect (pain relief) and side effects (nausea/vomiting/psychomimetic effects). The primary outcome of the study was the pain score (numerical rating score: 0–10) during the 12-week study period. The median (range) disease duration of the patients was 7.4 (0.1–31.9) years. At the end of infusion, the ketamine dose was $22.2 \pm 2.0$ mg/h/70 kg. Pain scores over the 12-week study period in patients receiving ketamine were significantly lower than those in patients receiving placebo ($P < 0.001$). The lowest pain score was at the end of week 1: ketamine $2.68 \pm 0.51$, placebo $5.45 \pm 0.48$. In week 12, significance in pain relief between groups was lost ($P = 0.07$). Treatment did not cause functional improvement. Patients receiving ketamine more often experienced mild to moderate psychomimetic side effects during drug infusion (76% versus 18%, $P < 0.001$). In conclusion, in a population of mostly chronic CRPS-1 patients with severe pain at baseline, a multiple day ketamine infusion resulted in significant pain relief without functional improvement. Treatment with ketamine was safe with psychomimetic side effects that were acceptable to most patients.

© 2009 International Association for the Study of Pain. Published by Elsevier B.V. All rights reserved.

## 1. Introduction

Complex Regional Pain Syndrome Type 1 (CRPS-1) is a chronic pain syndrome typically affecting an extremity after a local trauma or surgical intervention [41]. The initial phase of the syndrome is characterized by pain, edema, changes in skin temperature and color, and hyperhydrosis [41]. Although the recovery rate of CRPS is unknown, a substantial number of patients develop chronic disease with severe pain, disability, and loss of quality of life [7]. In the Netherlands the incidence of CRPS-1 is 26 per 100,000 person years, with predominance in women [6]. At present, the pathophysiology of CRPS-1 remains largely unknown. In contrast to neuropathic chronic pain syndromes there is no proof of a clinically evident nerve lesion as a causative factor in CRPS-1 [1].

As in the treatment of most chronic pain syndromes, the common strategy in managing CRPS-1 is characterized by a trial and er-

ror approach. There is no evidence that commonly used treatments with opioids, antidepressants, antiepileptics, and sympathetic blockade are effective in CRPS [35]. Dimethylsulfoxide crème, N-acetylcysteine, and physiotherapy reduce symptoms of CRPS, but their effect is often limited [26,30,35]. Spinal cord stimulation is used as a last resort and is effective in the management of chronic pain in CRPS-1, although its efficacy tends to decline over the years [12].

Recent studies implicate the N-methyl-D-aspartic acid receptor (NMDAR) in the etiology and perseverance of chronic pain. In chronic pain states the NMDAR is activated and upregulated in the spinal cord (central sensitization) [36,44]. This results in enhanced signal transmission in the pain circuitry from the spinal cord to the cortex leading to spontaneous pain, allodynia (pain perception from a non-noxious stimulus) and hyperalgesia (increased pain sensitivity). Considering the involvement of the NMDAR in chronic pain, antagonists of the NMDAR may play an important role in chronic pain treatment [34]. One such NMDAR antagonist is the intravenous anesthetic agent ketamine, which is currently the only potent NMDAR antagonist clinically available. A major

* Corresponding author. Tel.: +31 71 526 2301; fax: +31 71 526 4824.
E-mail address: a.dahan@lumc.nl (A. Dahan).
[1] These authors contributed equally to this work.

0304-3959/$36.00 © 2009 International Association for the Study of Pain. Published by Elsevier B.V. All rights reserved.
doi:10.1016/j.pain.2009.06.023

Please cite this article in press as: Sigtermans MJ et al. Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1. PAIN® (2009), doi:10.1016/j.pain.2009.06.023

Rec'd in PCM appeals 4/18/12
M.J. Sigtermans et al./PAIN° xxx (2009) xxx–xxx

2

issue with the use of ketamine is the development of psychomimetic side effects such as hallucinations and drug high [34]. This limits its use, especially when used at high dose. However, several open-label case studies in which ketamine treatment was used in CRPS-1 patients showed a benefit in pain reduction with an acceptable side effect profile [5,9,15,16,38]. Furthermore, few randomized clinical trials of long-term ketamine administration in cancer pain patients with and without neuropathic pain, demonstrated the efficacy and safety of ketamine infusion [2,22].

In this study we evaluate the short-term and long-term efficacy of prolonged ketamine administration on pain in patients with CRPS-1.

## 2. Methods

This study is registered in the Netherlands Trial Register (www.trialregister.nl) under No. NTR507 (ISRCTN 30472359).

### 2.1. Patients

Patients referred to our outpatient pain clinic between January 2006 and January 2008, and who were diagnosed with CRPS-1, were eligible for inclusion in the study. The diagnosis of CRPS-1 was based on the International Association for the Study of Pain criteria [4,23]:

(i) The presence of an initiating noxious event, or a cause of immobilization.
(ii) Continuing pain, allodynia or hyperalgesia, with the pain being disproportionate to any inciting event.
(iii) Evidence at some time of edema, changes in skin blood flow and/or abnormal sudomotor activity in the region of pain.

(iv) Exclusion of other conditions that would otherwise account for the degree of pain and dysfunction.

Exclusion criteria were: pain score of less than 5 of 10, age < 18 years, pregnancy/lactation, increased intracranial pressure, a history of psychosis, a serious medical disease (e.g., cardiovascular, renal or liver disease) and use of strong opioid medication. Patients were allowed to continue the following pain medications: paracetamol, non-steroidal anti-inflammatory drugs, tramadol, amitryptilin, selective serotonin reuptake-inhibitors, gabapentin and pregabalin. The pain medication was kept constant during the 12-week study period. Patients' consent was obtained according to the Declaration of Helsinki and the study was approved by The Medical Ethics Committee of the Leiden University Medical Center.

### 2.2. Treatment

Patients were randomly allocated to receive S(+)-ketamine (Ketanest S, Pfizer BV, Capelle aan de Ijssel, The Netherlands) or placebo (normal saline). A physician otherwise not involved in the study performed randomization (using a computer-generated list) and prepared the syringes. Patients were admitted to a short stay ward for 5 days, and they received two iv lines on the morning of admission (day 1), one for drug infusion, and the other for blood sampling. The drug infusion rate started at 1.2 $\mu$g kg$^{-1}$ min$^{-1}$ (or 5 mg/h for a 70-kg patient) at 8 AM on day 1 and was titrated at regular intervals (max. thrice daily) to a maximum of 7.2 $\mu$g kg$^{-1}$ min$^{-1}$ (or 30 mg/h for a 70-kg patient). The infusion rate was increased when pain relief was insufficient (based on reported visual analogue pain scores reported at 2 h (day)–8 h (night) intervals) and side effects were acceptable to the patients. If side effects were unacceptable but pain relief insufficient, the



Fig. 1. Patients' flowchart. Eighty-seven patients were considered for participation in the study; 16 were excluded because they did not fulfill the study criteria, while 11 others declined to participate, after which 60 patients underwent randomization. A few patients were lost for determination of secondary end-points but not for primary end-points.

Please cite this article in press as: Sigtermans MJ et al. Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1. PAIN° (2009), doi:10.1016/j.pain.2009.06.023

Rec'd in PCM appeals 4/18/12

M.J. Sigtermans et al./PAIN* xxx (2009) xxx–xxx

infusion rate was decreased one step for one interval and subsequently increased again. In case of full pain relief, the infusion rate was not increased further and was kept constant until the end of the treatment period. The treatment ended on day 5 around noon. Blood sampling was performed at regular intervals during drug infusion and was continued up to 10 h after the infusion had ended. After unblinding of the study, patients who had received placebo were given the opportunity to receive an additional ketamine treatment in an open fashion.

### 2.3. Measurements

Measurements were performed in the week prior to the treatment week (baseline), during treatment (week 1) and in the 11-week follow-up period. The primary outcome of the study was the course of spontaneous pain reported by the patients during the 12-week study period. Pain scores were assessed by a numerical rating scale (NRS) ranging from 0 (no pain) to 10 (unbearable pain) at baseline and weekly until week 12. Secondary outcomes were the course of parameters that were measured at baseline and weeks 1, 3, 6 and 12: (i) ability to use the affected limb in normal day-to-day activity assessed using the Radboud Skills Questionnaire (RASQ) and the Walking Ability Questionnaire (WAQ) for upper and lower limbs, respectively [24,29]; (ii) active range of motion (AROM) assessed by goniometric measurements [25,28]; (iii) threshold for touch assessed using Semmes–Weinstein monofilaments on the affected and contralateral limbs [33]; (iv) skin temperature of the affected and contralateral limbs measured by infrared thermometry [25,28]; (v) volumetric measurements of the affected and contralateral limbs using the water displacement method [25,28].

During the treatment week liver functions (once daily) and blood pressure (thrice daily) were measured and the occurrence of nausea/vomiting and psychomimetic side effects (drug high and hallucinations) was continuously monitored.

**Table 1**
Patients' characteristics.

| | All patients | Ketamine | Placebo | P-value |
|---|---|---|---|---|
| N (number of females) | 60 (48) | 30 (22) | 30 (26) | 0.33* |
| Age (year) | 45.6 ± 12.4 | 43.7 ± 11.5 | 47.5 ± 13.1 | 0.23 |
| Weight (kg) | 79.1 ± 18.8 | 78.9 ± 17.8 | 79.3 ± 20.1 | 0.94 |
| Height (cm) | 171.9 ± 9.9 | 173.6 ± 9.9 | 170.1 ± 9.7 | 0.17 |
| BMI (kg m$^{-2}$) | 26.7 ± 5.8 | 26.1 ± 5.4 | 27.3 ± 6.3 | 0.43 |
| Disease duration (year) | 7.8 ± 6.8 | 9.4 ± 8.0 | 6.1 ± 5.1 | 0.06 |
| Number of extremities affected | | | | 0.29* |
| One | 36 | 15 | 21 | |
| Two | 16 | 11 | 5 | |
| Three | 3 | 1 | 2 | |
| Four | 5 | 3 | 2 | |
| First affected | | | | 0.61* |
| Lower extremity | 22 | 11 | 11 | |
| Upper extremity | 23 | 10 | 13 | |
| Both extremities | 15 | 9 | 6 | |
| Pain at baseline (NRS) | 7.0 ± 1.3 | 7.2 ± 1.2 | 6.9 ± 1.4 | 0.32 |
| McGill [14] | | | | |
| PRI | 27.0 ± 11.7 | 28.6 ± 10.4 | 25.1 ± 12.9 | 0.030 |
| NWC | 13.1 ± 4.5 | 13.1 ± 4.0 | 13.0 ± 5.1 | 0.93 |
| RASQ (upper extremity) [24,29] | 3.3 ± 0.9 | 3.4 ± 0.7 | 3.3 ± 1.2 | 0.95 |
| Walking Ability Questionnaire [24,29] | | | | |
| Walking inside the house | 5.9 ± 2.7 | 6.1 ± 2.5 | 5.6 ± 3.0 | 0.57 |
| Walking outside | 6.8 ± 2.6 | 7.1 ± 2.6 | 6.5 ± 2.7 | 0.58 |
| Standing up | 7.7 ± 3.0 | 7.1 ± 3.3 | 7.2 ± 2.7 | 0.91 |
| TSK [42] | 38.8 ± 10.9 | 38.0 ± 6.8 | 39.6 ± 14.2 | 0.63 |
| Euroqol Health Valuation (VAS) [13] | 54.1 ± 19.9 | 55.0 ± 18.8 | 53.1 ± 21.4 | 0.78 |
| HADS [45] | | | | |
| Depression | 3.8 ± 2.7 | 4.7 ± 3.1 | 2.8 ± 1.8 | 0.02 |
| Anxiety | 5.3 ± 2.9 | 6.1 ± 3.1 | 4.4 ± 2.4 | 0.04 |
| PCI [40] | 73.0 ± 11.7 | 74.1 ± 9.8 | 71.7 ± 13.5 | 0.50 |
| Short-form 36 [3] | | | | |
| SF-36 PH | 31.4 ± 19.2 | 30.0 ± 19.2 | 33.0 ± 19.6 | 0.60 |
| SF-36 MHS | 58.6 ± 19.0 | 51.8 ± 20.8 | 65.9 ± 13.7 | 0.009 |
| CIRS co-morbidity [19] | | | | |
| Number affected organ systems | 3.8 ± 3.0 | 4.1 ± 3.6 | 3.5 ± 2.3 | 0.47 |
| Severity index | 1.2 ± 0.5 | 1.2 ± 0.5 | 1.21 ± 0.5 | 0.90 |
| Pain co-medication | | | | |
| Paracetamol | 15 | 6 | 9 | 0.55* |
| NSAIDs | 14 | 9 | 5 | 0.36* |
| Benzodiazepines | 19 | 10 | 9 | 0.10* |
| Tramadol hydrochloride | 15 | 6 | 9 | 0.55* |
| TCA | 10 | 5 | 5 | 1.00* |
| SSRI | 6 | 3 | 3 | 1.00* |
| Gabapentin/pregabalin | 9 | 7 | 2 | 0.26* |

BSL, baseline; BMI, body mass index; PRI, McGill pain rating index; NWC, McGill total number of words chosen; RASQ, Radboud Skills Questionnaire; TSK, Tampa Scale of Kinesiophobia; HADS, Hospital Anxiety and Depression Scale; PCI, Pain Coping Inventory; SF-36 PH, short-form 36 physical health sumscore; SF-36 MHS, short-form 36 mental health status sumscore; CIRS, Cumulative Illness Rating Scale (co-morbidity evaluation); NSAIDs, non-steroidal anti-inflammatory drugs; TCAs, tricyclic antidepressants; SSRI, selective serotonin reuptake-inhibitor.
* Group differences are tested with a Student's t-test or $\chi^2$-test; values are mean ± SD. Significant differences are printed in bold.

Please cite this article in press as: Sigtermans MJ et al. Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1. PAIN® (2009), doi:10.1016/j.pain.2009.06.023

M.J. Sigtermans et al./PAIN® xxx (2009) xxx–xxx

Rec'd in PCM appeals 4/18/12



**Fig. 2.** Mean infusion rate and plasma concentrations of ketamine and its active metabolite norketamine during and 10 h after the ketamine infusion. Ketamine and norketamine concentrations rapidly declined upon the termination of ketamine infusion. Values are means ± SEM.

### 2.4. Sample size and data analysis

This study was powered to detect a two-point reduction in NRS pain for the ketamine group versus placebo group. Based on a power of 0.80, $\alpha$ of 0.05 (two-sided) and a standard deviation of 2.5, we calculated that 25 patients were needed per group. Assuming that some patients would be lost in follow-up, we planned to enroll 30 patients per group. Statistical analysis included all patients, according to the intention-to-treat principle.

A linear mixed model with an autoregressive correlation structure was used to determine the effect of ketamine versus placebo during the 12-week study period on the course of spontaneous pain (primary end-point) and other (secondary) end-points. To determine the effect of treatment on spontaneous pain at the end of the study a univariate linear regression was used to evaluate which baseline characteristics influenced pain. Next, in a multivariable linear regression model, treatment, all variables with a P-value <0.10 in the univariate analysis, and variables determined clinically relevant (disease duration, pain at baseline, sex and age) were included to determine the effect of treatment on pain at the end of the study period, while controlling for other factors influencing pain perception. Since it is conceivable that some covariates may modulate the effect of others, interaction terms of clinically relevant combinations were tested for significance. Statistical analyses were performed using SPSS 16.0 (Chicago, IL). P-values <0.05 were considered significant. Data are presented as mean ± standard error of the mean (SEM) unless otherwise stated.

### 3. Results

#### 3.1. Patients

Sixty patients underwent randomization (see Fig. 1 for patients' flowchart and Table 1 for patients' characteristics). The eleven patients who refused to participate did not differ in characteristics from the patients who underwent randomization. The majority of patients were female (80%) and the median (range) disease duration was 7.4 (0.1–31.9) years. Treatment groups differed in depression and anxiety scores, and in health status measurements (HADS and SF-36, Table 1). However, these differences were either well below the cut-off point for psychopathology (HADS: cut-off = 8) or small (SF-36). Furthermore, no effect of the difference in these baseline parameters was observed on the outcome in the univariate regression analysis. The medical history did not reveal a significant difference in prevalence of psychiatric diseases (CIRS, Table 1) A few patients were lost for determination of secondary end-points but not for primary end-points (Fig. 1).

#### 3.2. Treatment procedure

Drug infusion was carried out as planned in 58/60 patients. Due to a severe feeling of high, drug infusion was terminated in two patients on day 3 and day 4, respectively. These patients were monitored throughout the complete follow-up period and were included in the data analysis. The mean ketamine infusion rate was 22.2 ± 2.0 mg/h (normalized to a 70-kg patient) at the end of the treatment phase (Fig. 2). A steady state in the plasma concentration for ketamine and its metabolite norketamine was reached at the end of the treatment period after which the concentrations showed a brisk decline.

#### 3.3. Primary and secondary outcomes

Mean (SD) baseline pain scores were 7.20 (1.16) for ketamine and 6.87 (1.43) for placebo ($P = 0.32$). The lowest NRS scores were observed at the end of week 1 (ketamine 2.68 ± 0.51 and placebo 5.45 ± 0.48). Ketamine modulated the course of pain during the 12-week study period more favorably than placebo ($P < 0.001$, Fig. 3A). Significant differences in pain reduction between ketamine and placebo were maintained till week 11; at week 12, ketamine's treatment effect lost significance ($P = 0.07$). Compared to placebo treatment, none of the secondary outcome measures improved significantly on ketamine treatment (Table 2). Univariate analysis showed that baseline pain ($P = 0.004$) and McGill pain rating index ($P = 0.042$) predicted pain at week 12. Multivariate analysis revealed that the McGill pain rating Index was the only significant determinant ($B = 0.07$, 95% CI: 0.01–0.13, $P = 0.027$) of NRS pain at week 12. Particularly, the ketamine effect was independent of disease duration, which ranged from 0.1 to 31.9 years.

Please cite this article in press as: Sigtermans MJ et al. Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1. PAIN® (2009), doi:10.1016/j.pain.2009.06.023

Rec'd in PCM appeals 4/18/12
*M.J. Sigtermans et al./PAIN xxx (2009) xxx–xxx*



Fig. 3. (A) Weekly pain scores observed in the ketamine and placebo treatment groups (n = 30 in each group). S(+)-ketamine treatment had a significantly more favorable effect on pain scores than placebo treatment with a main effect of $P < 0.001$. (B) Twenty patients initially treated with placebo took the opportunity to receive ketamine in an open fashion after unblinding of the data. These patients had a similar reduction in NRS pain in week 1 as observed after blinded ketamine treatment. However, the subsequent course of NRS pain towards baseline was slower compared to the blinded study with a 1–2 NRS difference. For comparative reasons the blinded ketamine data are included (n = 30). Values are means ± SEM.

### 3.4. Side effects

During drug infusion most patients experienced side effects, and, with the exception of headache, the incidence was greater in subjects receiving ketamine: nausea 63% *versus* 17% in placebo group ($P < 0.001$, $\chi^2$-test), vomiting 47% *versus* 10% in placebo group ($P = 0.004$), psychomimetic effects 93% *versus* 17% in placebo group ($P < 0.001$) and headache 37% *versus* 33% in placebo group ($P = 0.78$). Liver functions and blood pressure remained unaffected by ketamine administration.

### 3.5. Blinding

At the end of infusion, 28 patients receiving ketamine correctly indicated treatment assignment against 18 patients receiving placebo ($\kappa = 0.53$, 95% CI: 0.33–0.74, $P < 0.001$). The investigator's

assumptions were correct in 26 patients receiving ketamine and 27 patients receiving placebo ($\kappa = 0.77$, 95% CI: 0.60–0.93, $P < 0.001$).

### 3.6. Open treatment

Despite an increased analgesic effect during the 12-week treatment course (Fig. 3B), open ketamine treatment was not associated with an increased incidence of side effects compared to blinded treatment: nausea 71%, vomiting 48%, psychomimetic effects 76% and headache 43%.

### 4. Discussion

Ketamine has multiple sites of action but its effect on the NMDAR is generally considered to be the basis for its modulatory

Please cite this article in press as: Sigtermans MJ et al. Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1. PAIN® (2009). doi:10.1016/j.pain.2009.06.023

Rec'd in PCM appeals 4/18/12

6    M.J. Sigtermans et al./PAIN° xxx (2009) xxx–xxx

**Table 2**
Effect of ketamine treatment on secondary outcome parameters.

| | | Baseline | Week 1 | Week 3 | Week 6 | Week 12 | P-value |
|---|---|---|---|---|---|---|---|
| *Affected upper extremity* | | | | | | | |
| Sensibility[a] (g/mm$^2$) | Ketamine | 2.7 ± 0.2 | 2.8 ± 0.2 | 2.8 ± 0.1 | 2.7 ± 0.2 | 2.7 ± 0.2 | 0.92 |
| | Placebo | 2.4 ± 0.3 | 2.6 ± 0.3 | 2.5 ± 0.2 | 2.6 ± 0.3 | 3.1 ± 0.5 | |
| Temperature[b] (°C) | Ketamine | 0.8 ± 0.3 | 0.7 ± 0.2 | 0.4 ± 0.1 | 1.9 ± 0.8 | 1.0 ± 0.5 | 0.12 |
| | Placebo | 1.2 ± 0.7 | 0.7 ± 0.2 | 1.0 ± 0.3 | 0.6 ± 0.2 | 0.6 ± 0.2 | |
| Volume[c] (cm$^3$) | Ketamine | 35 ± 7 | 54 ± 13 | 39 ± 13 | 38 ± 9 | 28 ± 7 | 0.34 |
| | Placebo | 53 ± 11 | 38 ± 12 | 41 ± 15 | 41 ± 5 | 48 ± 8 | |
| AROM[d] (%) | Ketamine | 46 ± 9 | 30 ± 8 | 33 ± 7 | 32 ± 10 | 37 ± 11 | 0.48 |
| | Placebo | 34 ± 7 | 29 ± 9 | 35 ± 9 | 38 ± 7 | 35 ± 8 | |
| RASQ[e] | Ketamine | 3.3 ± 0.2 | * | 2.8 ± 0.3 | 2.8 ± 0.2 | 3.3 ± 0.2 | 0.51 |
| | Placebo | 3.5 ± 0.3 | * | 3.1 ± 0.3 | 3.4 ± 0.3 | 3.3 ± 0.3 | |
| *Affected lower extremity* | | | | | | | |
| Sensibility[a] (g/mm$^2$) | Ketamine | 4.0 ± 0.2 | 3.8 ± 0.2 | 3.6 ± 0.1 | 4.0 ± 0.2 | 4.0 ± 0.2 | 0.11 |
| | Placebo | 3.7 ± 0.1 | 3.7 ± 0.2 | 3.6 ± 0.1 | 3.4 ± 0.2 | 3.7 ± 0.2 | |
| Temperature[b] (°C) | Ketamine | 1.1 ± 0.3 | 0.8 ± 0.3 | 1.3 ± 0.9 | 1.3 ± 0.7 | 1.8 ± 0.7 | 0.79 |
| | Placebo | 2.9 ± 1.1 | 1.5 ± 0.4 | 2.0 ± 0.4 | 2.3 ± 0.8 | 3.3 ± 1.5 | |
| Volume[c] (cm$^3$) | Ketamine | 116 ± 20 | 146 ± 51 | 115 ± 55 | 79 ± 31 | 55 ± 12 | 0.40 |
| | Placebo | 83 ± 22 | 110 ± 24 | 78 ± 16 | 70 ± 19 | 139 ± 44 | |
| AROM[d] (%) | Ketamine | 39 ± 12 | 28 ± 17 | 48 ± 13 | 37 ± 17 | 22 ± 17 | 0.87 |
| | Placebo | 28 ± 8 | 20 ± 9 | 23 ± 10 | 24 ± 14 | 11 ± 12 | |
| WAQ[f] | Ketamine | 6.5 ± 0.5 | * | 5.1 ± 0.8 | 4.7 ± 1.1 | 5.8 ± 0.7 | 0.32 |
| Walking inside | Placebo | 5.6 ± 0.8 | * | 5.2 ± 0.9 | 5.5 ± 0.9 | 6.1 ± 0.8 | |
| WAQ[f] | Ketamine | 7.4 ± 0.6 | * | 6.9 ± 1.4 | 6.4 ± 1.1 | 7.1 ± 0.9 | 0.48 |
| Walking outside | Placebo | 6.6 ± 0.7 | * | 6.0 ± 0.9 | 6.9 ± 0.9 | 6.9 ± 0.8 | |
| WAQ[f] | Ketamine | 7.1 ± 0.8 | * | 6.7 ± 1.1 | 6.3 ± 1.4 | 7.6 ± 0.8 | 0.35 |
| Standing up | Placebo | 7.1 ± 0.7 | * | 6.8 ± 1.0 | 7.7 ± 1.0 | 7.0 ± 0.9 | |

Values are mean ± SEM.

[a] Sensibility is the threshold for touch assessed by Semmes–Weinstein monofilaments and calculated as the median threshold in g/mm$^2$ of five different locations on the hands or feet.

[b] Temperature is the mean difference in skin temperature of five different locations of the affected side compared to the non-affected side measured by infrared thermometry.

[c] Volume is the volumetric measurement of the limb using the method of water displacement. The limb is immersed in a box of water to a fixed distance from the elbow or the lateral malleolus. The amount of water displaced corresponds to the volume of the limb measured in cm$^3$. The difference between the affected limb and the non-affected limb is presented.

[d] AROM is the active range of motion assessed by goniometric measurements. The range of motion of the wrist and the two most affected metacarpophalangeal and proximal interphalangeal joints was measured and compared to that of the unaffected side and averaged to a percentage. For the AROM of the lower extremity the following joints were measured: the knee, the ankle (dorsiflexion–extension and pronation–supination) and the metatarsophalyngeal joint.

[e] The ability to use the upper limb in normal day-to-day activity assessed using the Radboud Skills Questionnaire. RASQ values range from 1 (no disability) to 5 (inability to use the arm).

[f] The ability to use the lower limb in normal day-to-day activity assessed using the Walking Ability Questionnaire (the WAQ consists of three separate measurements relating to walking inside the house, outside the house and standing up). WAQ values range from 1 (no disability) to 10 (inability to use the leg).

* RASQ and WAQ were not obtained at the end of the in-hospital treatment week.

effect on pain responses [36,44]. The current observation of a beneficiary effect of ketamine on pain suggests an important role for the sensitized NMDAR in the maintenance of pain in CRPS-1. Our findings show that 4 days of ketamine infusion may result in a clinically significant pain reduction over a prolonged period of 10 weeks. Interestingly, the effect of ketamine on acute experimental pain and EEG slowing is directly linked to its plasma concentration and disappears rapidly upon termination of infusion [37,39]. The differential findings of ketamine on spontaneous pain in CRPS-1 may suggest that these effects are obtained by long-term desensitization of the NMDAR in the central nervous system (for example at the spinal cord level). Further proof for this could be found in a reduction of hyperalgesia and allodynia. The current study, however, provided insufficient information on these measures of NMDAR sensitization.

Brain imaging studies indicate various abnormalities encompassing regions involved in emotional, autonomic, sensorimotor and pain processing [8,11,20,21,31,32]. Reorganization of the somatosensory cortex contralateral to the CRPS affected side appeared to be linked to the severity of pain [20,31]. Additionally, neurophysiological studies revealed motor cortex disinhibition [11]. In patients who recovered from CRPS the reduction of pain was associated with regaining of the cortical map size and restoration of impaired tactile discrimination [21,32]. Together these findings suggest that the development and resolution of CRPS are associated with cortical changes, but the question remains whether these changes are the primary or secondary phenomena and if they are related to functional improvement. In our study, the functional status of patients did not improve despite significant pain relief, even in the initial weeks following treatment. Although relief of pain with an NMDAR antagonist is likely to be associated with changes in inhibitory/excitatory state of the nervous system, this may have been insufficient in duration and intensity in our study to allow for amelioration of the patients' physical status. More prolonged treatment possibly in combination with physical therapy or rehabilitation strategies may be required to obtain functional benefit.

Zarate et al. [43] described a long-lasting antidepressant effect from ketamine. It may therefore be argued that, at least part, of the pain relief observed in our patients was due to an improvement of depression- and/or anxiety-related symptoms. However, depression and anxiety scores in the majority of patients indicated the absence of clinically relevant symptoms of depression and/or anxiety (HADS, Table 1). And although the statistical analysis did not show an effect of initial depression and anxiety scores or mental health status (SF-36 MHS) on pain relief, we cannot exclude some effect of ketamine on pain perception occurring via an improvement of the patients' mental health.

The observation that pain relief dissipated slowly (Fig. 3) may be related to the relatively short ketamine infusion. Some case studies allowing a longer duration of infusion show a more prolonged effect of ketamine [5]. We restricted the duration of the ketamine infusion to 4 days (100 h) in light of the concern from

Please cite this article in press as: Sigtermans MJ et al. Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1. PAIN° (2009), doi:10.1016/j.pain.2009.06.023

Rec'd in PCM appeals 4/18/12

animal data that high-dose and long-term ketamine infusion may be associated with neurotoxicity [5,27]. Further follow-up studies are needed to explore this important issue. The available data in humans suggest that high infusion rates (50 mg/h) for durations of up to 7 days are without long-term neurotoxic effects [17,18]. We used the S(+) enantiomer of ketamine in our study, which has the advantage of a better cardiovascular profile along with a possible neuroprotective potential over racemic ketamine [10].

The use of ketamine is often avoided by pain physicians due to the fear of occurrence of psychomimetic side effects. We observed drug high in about 90% of patients receiving ketamine; hallucinations did occur in a minority of patients. Patient's and investigator's guesses of the administered treatment were correct in 74% and 88%, respectively. This is most likely explained by ketamine's psychomimetic side effects and suggests that in future trials an active placebo and/or the addition of an active placebo or addition of a benzodiazepine to the ketamine treatment group is warranted to preclude deblinding of treatment allocation. However, our experience is such that complete blinding of ketamine treatment is difficult due to the specific nature and coloring of the psychomimetic effects. Except for two patients in whom treatment was terminated prematurely due to psychomimetic side effects, most patients considered the intensity of the side effects to be mild to moderate and acceptable. The individualized stepwise titration of ketamine according to the pain status and side effects allowed for optimizing the level of pain reduction while the occurrence of side effects was kept at an acceptable level. Of interest is the observation that in the open treatment paradigm the incidence of side effects did not increase despite a better analgesic course of the treatment.

In spite of significant pain relief, ketamine did not improve the functional status of our patients. More prolonged or repetitive ketamine treatment may be required to induce longer periods of pain relief that allows patients to increase their activity level, thus enhancing opportunities for improvement in functional status. It is of interest to remark that the observed pain relief from ketamine was not dependent on the dose given. Since most patients were almost pain free during ketamine infusion, it can be suggested that the cessation of nociceptive input (irrespective of mechanisms) could account for the long-term pain relief. Fifty-four of our 60 patients had chronic CRPS-1 (disease duration longer than 6 months) and disease duration did not predict pain reduction by ketamine. This indicated that the duration of NMDAR sensitization apparently plays no major role in ketamine's efficacy in reducing spontaneous pain in CRPS-1. This is encouraging for patients with refractory chronic CRPS-1.

We conclude that CRPS-1 patients with severe pain treated with 4 days of continuous infusion of low-dose ketamine using an individualized stepwise tailoring of dosage have a clinically relevant reduction in pain lasting for 11 weeks. Although the incidence of side effects in the treatment week was high, they were relatively mild and well accepted by the patients and disappeared upon the termination of infusion. In contrast to pain, there was no improvement in functional status.

## Conflict of interest

The authors of this study report no conflict of interest.

## Acknowledgments

This study is part of TREND (Trauma RElated Neuronal Dysfunction), a Dutch Consortium that integrates research on epidemiology, assessment technology, pharmacotherapeutics, biomarkers and genetics on Complex Regional Pain Syndrome Type 1. The consortium aims to develop concepts on disease mechanisms that occur in response to tissue injury, its assessment and treatment. TREND is supported by a government grant (BSIK03016).

## References

[1] Albazaz R, Wong YT, Homer-Vanniasinkam S. Complex regional pain syndrome: a review. Ann Vasc Surg 2008;22:297–306.

[2] Bell R, Eccleston C, Kalso E. Ketamine as an adjuvant to opioids for cancer pain. Cochrane Database Syst Rev 2003: CD003351.

[3] Brazier JE, Harper R, Jones NM, O'Cathain A, Thomas KJ, Usherwood T, Westlake L. Validating the SF-36 health survey questionnaire: new outcome measure for primary care. BMJ 1992;305:160–4.

[4] Bruehl S, Harden RN, Galer BS, Saltz S, Bertram M, Backonja M, Gayles R, Rudin N, Bhugra MK, Stanton-Hicks M. External validation of IASP diagnostic criteria for complex regional pain syndrome and proposed research diagnostic criteria. International Association for the Study of Pain. Pain 1999;81:147–54.

[5] Correll CE, Maleki J, Gracely EJ, Muir JJ, Harbut RE. Subanesthetic ketamine infusion therapy: a retrospective analysis of a novel therapeutic approach to complex regional pain syndrome. Pain Med 2004;5:263–75.

[6] De Mos M, De Bruijn AG, Huygen FJ, Dieleman JP, Stricker BH, Sturkenboom MC. The incidence of complex regional pain syndrome: a population-based study. Pain 2007;129:12–20.

[7] Galer BS, Henderson J, Perander J, Jensen MP: course of symptoms and quality of life measurement in complex regional pain syndrome: a pilot survey. J Pain Symptom Manage 2000;20:286–92.

[8] Geha PY, Baliki MN, Harden RN, Bauer WR, Parrish TB, Apkarian AV. The brain in chronic CRPS pain: abnormal gray-white matter interactions in emotional and autonomic regions. Neuron 2008;60:570–81.

[9] Goldberg ME, Domsky R, Scaringe D, Hirsch R, Dotson J, Torjman MC, Schwartzman RJ. Multi-day low dose ketamine infusion for treatment of complex regional pain syndrome. Pain Phys 2005;8:175–9.

[10] Himmelseher S, Durieux ME. Revising a dogma: ketamine for patients with neurological injury? Anesth Analg 2005;101:524–34.

[11] Juottonen K, Gockel M, Silén T, Hurri H, Hari R, Forss N. Altered central sensorimotor processing in patients with complex regional pain syndrome. Pain 2002;98:315–23.

[12] Kemler MA, Barendse GAM, van Kleef M, de Vet HCW, Rijks CPM, Furnée CA, van den Wildenberg FAJM. Spinal cord stimulation in patients with chronic reflex sympathetic dystrophy. N Engl J Med 2000;343:618–24.

[13] Kemler MA, De Vet HC. Health-related quality of life in chronic reflex sympathetic dystrophy (complex regional pain syndrome type I). J Pain Symptom Manage 2000;20:68–76.

[14] Khan SA, Apkarian AV. The characteristics of cyclical and non-cyclical mastalgia: a prospective study using a modified McGill Pain Questionnaire. Breast Cancer Res Treat 2002;75:147–57.

[15] Kiefer R-T, Rohr P, Ploppa A, Altemeyer K-H, Schwartzman RJ. Complete recovery from intractable complex regional pain syndrome. CRPS-type 1, following anesthetic ketamine and midazolam. Pain Pract 2007;7: 147–50.

[16] Kiefer R-T, Rohr P, Ploppa A, Dieterich H-J, Grothusen J, Koffler S, Altemeyer K-H, Unertl K, Schwartzman RJ. Efficacy of ketamine in anesthetic dosage for the treatment of refractory complex regional pain syndrome: an open-label phase II study. Pain Med 2008;9:1173–201.

[17] Kiefer RT, Rohr P, Ploppa A, Unertl K, Schwartzman RJ. Is high dosed ketamine a therapeutic option for severe intractable complex regional pain syndrome? Anesthesiology 2003;99:A1008.

[18] Kiefer RT, Rohr P, Unertl K, Altmeyer KH, Grothusen J, Schwartzman RJ. Recovery from intractable complex regional pain syndrome type-I (RSD) under high dose intravenous ketamine–midazolam sedation. Neurology 2002;58:A474.

[19] Linn BS, Linn MW, Gurel L. Cumulative illness rating scale. J Am Geriatr Soc 1968;16:622–6.

[20] Maihöfner C, Handwerker HO, Neundörfer B, Birklein F. Patterns of cortical reorganization in complex regional pain syndrome. Neurology 2003;61, 17-7-15.

[21] Maihöfner C, Handwerker HO, Neundörfer B, Birklein F. Cortical reorganization during recovery from complex regional pain syndrome. Neurology 2004;63:693–701.

[22] Mercadante S, Arcuri E, Tirelli W, Casuccio A. Analgesic effect of intravenous ketamine in cancer patients on morphine therapy: a randomized, controlled, double-blind, crossover, double-dose study. J Pain Symptom Manage 2000;20:246–52.

[23] Merskey H, Bogduk K. Classification of chronic pain: definitions of chronic pain syndromes and definition of pain terms. Seattle: IASP Press; 1994.

[24] Oerlemans HM, Cup EH, DeBoo T, Goris RJ, Oostendorp RA. The Radboud skills questionnaire: construction and reliability in patients with reflex sympathetic dystrophy of one upper extremity. Disabil Rehabil 2000;22:233–45.

[25] Oerlemans HM, Goris RJ, Oostendorp RA. Impairment level sumscore in reflex sympathetic dystrophy of one upper extremity. Arch Phys Med Rehabil 1998;79:979–90.

Rec'd in PCM appeals 4/18/12
M.J. Sigtermans et al./PAIN xxx (2009) xxx–xxx

[26] Oerlemans HM, Oostendorp RA, de Boo T, Goris RJ. Pain and reduced mobility in complex regional pain syndrome I: outcome of a prospective randomised controlled clinical trial of adjuvant physical therapy versus occupational therapy. Pain 1999;83:77–83.

[27] Olney JW, Labruyere J, Wang G, Wozniak DF, Price MT, Sesma A. NMDA antagonist neurotoxicity: mechanisms and prevention. Science 1991;254:1515–8.

[28] Perez RS, Oerlemans HM, Zuurmond WW, De Lange JJ. Impairment level sumscore for lower extremity complex regional pain syndrome type I. Disabil Rehabil 2003;25:984–91.

[29] Perez RS, Roorda LD, Zuurmond WW, Bannink II, Vranken JH, De Lange JJ. Measuring perceived activity limitations in lower extremity complex regional pain syndrome type 1 (CRPS I): test–retest reliability of two questionnaires. Clin Rehabil 2002;16:454–60.

[30] Perez RS, Zuurmond WW, Bezemer PD, Kuik DJ, van Loenen AC, De Lange JJ, Zuidhof AJ. The treatment of complex regional pain syndrome type I with free radical scavengers: a randomized controlled study. Pain 2003;102:297–307.

[31] Pleger B, Ragert P, Schwenkreis P, Förster A-F, Wilimzig C, Dinse H, Nicolas V, Maier C, Tegenthoff M. Patterns of cortical reorganization parallel impaired tactile discrimination and pain intensity in complex regional pain syndrome. Neuroimage 2006;32:503–10.

[32] Pleger B, Tegenthoff M, Ragert P, Förster AF, Dinse HR, Schwenkreis P, Nicolas V, Maier C. Sensorimotor returning in complex regional pain syndrome parallels pain reduction. Ann Neurol 2005;57:425–9.

[33] Rommel O, Malin JP, Zenz M, Janig W. Quantitative sensory testing, neurophysiological and psychological examination in patients with complex regional pain syndrome and hemisensory deficits. Pain 2001;93:279–93.

[34] Sang CN. NMDA-receptor antagonists in neuropathic pain: experimental methods to clinical trials. J Pain Symptom Manage 2000;19:S21–5.

[35] Schwartzmann RJ. New treatments for reflex sympathetic dystrophy. N Engl J Med 2000;343:654–6.

[36] Schwartzman RJ, Grothusen J, Kiefer TR, Rohr P. Neuropathic central pain: epidemiology, etiology, and treatment options. Arch Neurol 2001;58:1547–50.

[37] Schüttler J, Stanski DR, White PF, Trevor AJ, Horai Y, Verotta D, Sheiner LB: pharmacodynamic modeling of the EEG effects of ketamine and its enantiomers in man. J Pharmacokinet Biopharm 1987;15:241–53.

[38] Shirani P, Salamone AR, Schulz PE, Edmondson EA. Ketamine treatment for intractable pain in a patient with severe refractory complex regional pain syndrome: a case report. Pain Phys 2008;11:229–42.

[39] Sigtermans MJ, Olofsen E, Sarton EY, Kleef van JW, Dahan A. PK/PD modeling of the analgesic and side effects of low-dose S(+)-ketamine in healthy volunteers. Anesthesiology 2008; ASA annual meeting, abstract #A1584.

[40] Stomp-van den BSG, Vlaeyen JW, van Breukelen G, Stomp SG, ter Kuile MM, Kole-Snijders AM. Meetinstrumenten chronische pijn: deel 2. Pijn Coping en Cognitielijst (PCCL). Pijn Kennis Centrum; 2001.

[41] Veldman PH, Reynen HM, Arntz IE, Goris RJ. Signs and symptoms of reflex sympathetic dystrophy: prospective study of 829 patients. Lancet 1993;342:1012–6.

[42] Vlaeyen JW, Linton SJ. Fear-avoidance and its consequences in chronic musculoskeletal pain: a state of the art. Pain 2000;85:317–32.

[43] Zarate Jr CA, Singh JB, Carlson PJ, Brutsche NE, Ameli R, Luckenbaugh DA, Charney DS, Manji HK. A randomized trial of an N-methyl-D-aspartate antagonist in treatment-resistant major depression. Arch Gen Psychlatry 2006;63:856–64.

[44] Zhou QQ, Imbe H, Zou S, Dubner R, Ren K. Selective upregulation of the flip-flop splice variants of AMPA receptor subunits in the rat spinal cord after hindpaw inflammation. Brain Res Mol Brain Res 2001;88:186–93.

[45] Zigmond AS, Snaith RP. The hospital anxiety and depression scale. Acta Psychiatr Scand 1983;67:361–70.

Please cite this article in press as: Sigtermans MJ et al. Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1. PAIN® (2009), doi:10.1016/j.pain.2009.06.023

Rec'd in PCM appeals 4/18/12



PAIN® xxx (2009) xxx–xxx



**IASP.**

www.elsevier.com/locate/pain

# Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study

Robert J. Schwartzman *, Guillermo M. Alexander, John R. Grothusen, Terry Paylor, Erin Reichenberger, Marielle Perreault

*Department of Neurology, Drexel University College of Medicine, Philadelphia, PA 19102, USA[1]*

## ARTICLE INFO

*Article history:*
Received 30 March 2009
Received in revised form 16 July 2009
Accepted 18 August 2009
Available online xxxx

*Keywords:*
CRPS
Ketamine
Intravenous
Double-blinded
Active placebo
Pain

## ABSTRACT

Complex regional pain syndrome (CRPS) is a severe chronic pain condition that most often develops following trauma. The pathophysiology of CRPS is not known but both clinical and experimental evidence demonstrate the important of the NMDA receptor and glial activation in its induction and maintenance. Ketamine is the most potent clinically available safe NMDA antagonist that has a well established role in the treatment of acute and chronic pain. This randomized double-blind placebo controlled trial was designed to evaluate the effectiveness of intravenous ketamine in the treatment of CRPS. Before treatment, after informed consent was obtained, each subject was randomized into a ketamine or a placebo infusion group. Study subjects were evaluated for at least 2 weeks prior to treatment and for 3 months following treatment. All subjects were infused intravenously with normal saline with or without ketamine for 4 h (25 ml/h) daily for 10 days. The maximum ketamine infusion rate was 0.35 mg/kg/h, not to exceed 25 mg/h over a 4 h period. Subjects in both the ketamine and placebo groups were administered clonidine and versed. This study showed that intravenous ketamine administered in an outpatient setting resulted in statistically significant ($p < 0.05$) reductions in many pain parameters. It also showed that subjects in our placebo group demonstrated no treatment effect in any parameter. The results of this study warrant a larger randomized placebo controlled trial using higher doses of ketamine and a longer follow-up period.

© 2009 International Association for the Study of Pain. Published by Elsevier B.V. All rights reserved.

## 1. Introduction

Complex regional pain syndrome most often develops following trauma [13]. In a number of patients it evolves into a severe chronic pain condition. The illness most likely is inhomogeneous and factor analysis reveals its signs and symptoms to cluster into four distinct subgroups: (1) abnormalities of pain processing (allodynia, hyperalgesia, hyperpathia); (2) skin color and temperature changes (warm or cold) vasomotor and sudomotor dysfunction; (3) neurogenic edema; and (4) a motor syndrome and trophic changes [12]. The syndrome frequently spreads in specific patterns [36]. It has recently been suggested that warm CRPS at presentation may represent peripheral pathophysiology while cold CRPS is a manifestation of its centralization [9,20].

The pathophysiology of the syndrome is not known but both clinical and experimental evidence demonstrate the important of the NMDA receptor and glial activation in the establishment of

central sensitization in nociceptive systems that seem critical for its induction and maintenance [8,32,42,43,45,60,62]. Ketamine is the most potent clinically available safe NMDA antagonist that has a well established role in the treatment of acute and chronic pain [2,4,14,16,32,43]. There have been several recent publications demonstrating its effectiveness in sub-anesthetic and anesthetic doses for the treatment of CRPS [7,10,23,24,27].

This randomized double-blind placebo controlled trial, in primarily severe long standing CRPS patients, was designed to evaluate its effectiveness in sub-anesthetic doses in an outpatient setting.

## 2. Methods

### 2.1. Inclusion criteria

Subjects diagnosed with CRPS based on the revised IASP (International Association for the Study of Pain) criteria [13], whose condition was intractable for a minimum of 6 months and had failed at least three of the following therapies: nerve blocks, opioid analgesics, non-opioid analgesics, non-steroidal anti-inflammatory drugs, anti-seizure medications, antidepressants, muscle relaxants or physical therapy were included in this study. Study subjects were ketamine naive and were of either gender including all racial or

* Corresponding author. Address: Drexel University College of Medicine, Department of Neurology, 245 North 15th Street, Room 7102, Philadelphia, PA 19102, USA. Tel.: +1 215 762 7090; fax: +1 215 762 3161.

E-mail address: Robert.schwartzman@drexelmed.edu (R.J. Schwartzman).

[1] URL: http://www.drexelmed.edu/Home/AboutTheCollege/DepartmentsCentersandInstitutes/ClinicalDepts/Neurology.aspx.

0304-3959/$36.00 © 2009 International Association for the Study of Pain. Published by Elsevier B.V. All rights reserved.
doi:10.1016/j.pain.2009.08.015

Please cite this article in press as: Schwartzman RJ et al. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study. PAIN® (2009), doi:10.1016/j.pain.2009.08.015

Please cite this article in press as: Schwartzman RJ et al. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study. PAIN® (2009), doi:10.1016/j.pain.2009.08.015

Rec'd in PCM appeals 4/18/12
R.J. Schwartzman et al./PAIN xxx (2009) xxx-xxx

Table 1
Study subject treatment group, age, gender, location of initial injury, spread of symptoms and their overall pain level at their initial evaluation.

| Pat# Rx group | Age/gender | Duration of CRPS | Location of the initial injury | Spread of symptoms | Pain quality/intensity/modality |
|---|---|---|---|---|---|
| 001 Ketamine | 44 F | 6.8 | R ankle fracture | R foot regionally; L5-S1 pain; neuroma 4th 5th metatarsal | 6/10 spontaneous pain (burning, numbness, tingling); mechano-allodynia; deep sensitization (d/s); articular pain, deep muscle sensitization R foot and legs in regional distribution; hyperalgesia to pinprick (PP) R foot and legs |
| 003 Ketamine | 40 F | 2.5 | R knee injury; blunt trauma | Mirror spread to L knee; ipsilateral spread to R arm; sensitization of L5-S1 R | 8/10 spontaneous pain (deep ache; burning; lancinating features into L5-S1); + Tinel's brachial plexus distributions; mechano-allodynia d/s R side; cold allodynia; hyperalgesia; loss of surround inhibition to pinprick R leg |
| 004 Placebo | 48 F | 7.1 | Torn L posterior tibial tendon following leg surgery | Mirror spread to R leg; regional both lower extremities to midthigh | 9/10 spontaneous pain (burning; deep muscle ache); Tinel's signs brachial plexus; sciatic nerves; mechano-allodynia d/s lower extremities; deep muscle sensitization lower extremities; hyperalgesia to PP lower extremities |
| 005 Placebo | 49 M | 12.1 | Crushed L foot; plantar nerve injuries | Mirror distribution to R leg; brachial plexus distributions; generalized pain | 8/10 (burning, deep ache, lancinating); mechano-allodynia d/s; PP hyperalgesia lower extremities |
| 006 Ketamine | 47 F | 9.4 | Twisted R ankle; torn ligaments | Mirror distribution to L ankle; brachial plexus distributions; generalized | 8/10 (burning; deep ache, lancinating); mechano-allodynia d/s; hyperalgesia to PP; cold allodynia |
| 007 Placebo | 60 F | 2.9 | Tripped on steps twisted R ankle; multiple surgical procedures | Contiguous | 4/10 spontaneous pain (hot burning pain), dynamic allodynia; static allodynia; no joint pain; pain in R leg |
| 008 Placebo | 27 F | 3.8 | L ankle fracture | Mirror spread to the R ankle; sensitization of L L5-S1 | 6/10 (aching, burning) regionally in the L lower extremity; long-term depression; cannot feel PP; no mechanical allodynia |
| 009 Ketamine | 44 F | 4.2 | Radicular pain from HNP L5-S1 | Mirror spread to R foot; bilateral brachial plexus distributions; generalized | 8/10 (burning, throbbing, shooting) mechano-allodynia d/s (generalized) cold allodynia lower extremities; + Tinel's upper brachial plexus distributions; PP hyperalgesia throughout |
| 011 Placebo | 40 F | 3.4 | L lower extremity; she fell striking L flank on stove | Area around the original injury | 5/10 (burning) pain in the area of the injury; dynamic and static allodynia; joint pain |
| 012 Ketamine | 40 F | 1.3 | Brachial plexus traction injury (middle trunk posterior cord) | Shoulder pain; contiguous then regional pain the entire R arm | 8/10 (burning, aching) severe mechano-allodynia R arm; severe hyperalgesia to PP R arm; + Tinel's all brachial plexus distributions R arm |
| 013 Placebo | 50 F | 20 | Brachial plexus traction injury of L arm | L brachial plexus to L cervical plexus-entire L upper quadrant | 8/10 (burning, tingling, aching) + Tinel's brachial plexus distributions L; mechano-allodynia d/s; hyperalgesia to PP; cold allodynia of L upper quadrant |
| 016 Ketamine | 37 F | 9.9 | Fracture of L 5th metatarsal | L foot-spread in a regional distribution to entire L leg; L brachial plexus distributions | 9/10 (burning, throbbing, sharp stabbing); + Tinel's all L brachial plexus distributions; mechano-allodynia d/s; hyperalgesia to PP; cold allodynia L leg regionally |
| 018 Ketamine | 38 F | 3.0 | Brachial plexus traction injury R arm | R brachial plexus; ipsilateral R leg; L leg regional distribution | 8/10 (burning; deep ache; joint pain, lancinating); mechano-allodynia d/s; hyperalgesia to PP; cold allodynia throughout |
| 019 Placebo | 31 F | 1.1 | Surgical procedure (ablation for supra ventricular tachycardia) | L intercosticobrachial nerve; L plexus distributions; L leg-generalized | 9/10 (burning, severe joint pain, deep ache, lancinating components); severe mechano-allodynia d/s; deep muscle sensitization; joint pain to pressure; cold allodynia; hyperalgesia to PP |
| 021 Ketamine | 28 F | 13.2 | Fractured foot, ankle-CRPS 1990-1991 that resolved; 1997 probable traction injury of the brachial plexus | R foot and ankle soft tissue injury (resolved incompletely); reoccurrence 1997 with R leg regional pain; R brachial plexus-generalized pain | 9/10 (sharp, stabbing, burning); + Tinel's R side; mechano-allodynia d/s generalized; generalized cold allodynia; joint pain throughout; hyperalgesia to PP R leg and arm |
| 023 Ketamine | 24 F | 2.7 | Rack of clothes fell on brachial plexus on R | Pain in the hand; spread to brachial/cervical plexus on the R | 7/10 (aching, burning, deep); R upper quadrant regionally; mechano-allodynia d/s; deep muscle pain; joint pain; cold allodynia, hyperalgesia to PP |
| 024 Placebo | 56 F | 0.8 | probable brachial plexus injury R arm (possible iv. infiltration) | R hand then spread to all brachial plexus distributions of R arm | 8/10 (burning, shooting components); mechano-allodynia d/s; deep muscle sensitization; cold allodynia; PP hyperalgesia |
| 025 Placebo | 42 F | 18.7 | L brachial and cervical traction injuries | L brachial/cervical plexus regional distribution; sensitization of L5-S1 roots | 8/10 (burning, lancinating, deep ache, numbness); mechano-allodynia d/s L plexus distributions; hyperalgesia to PP and cold allodynia L upper quadrant |
| 026 Placebo | 52 F | 3.2 | Fracture dislocation of R ankle | R ankle; spread to sciatic nerve distribution R; then to L; L brachial plexus distributions | 10/10 (deep ache, throbbing stabbing, burning in R leg); mechano-allodynia d/s R lower leg; cold allodynia; PP hyperalgesia R lower leg |

Mechano-allodynia = d, dynamic; s, static; PP, pinprick hyperalgesia.

Rec'd in PCM appeals 4/18/12

minority groups. The subject's age was between 18 and 65 years. All subjects were on a stable dose of CRPS medications for 28 days prior to entry and remained on the same medications and dosage throughout the duration of the study. This study was approved by the Drexel University College of Medicine Institutional Review Board.

### 2.2. Exclusion criteria

Subjects who were pregnant or had known substance abuse issues, glaucoma or thyrotoxicosis were excluded. Any subject that was unable to provide consent due to cognitive difficulties was not enrolled in this study. Subjects that could not provide the means to be transported home following daily infusions, those with active litigation, compensation or disability issues related to their CRPS, and subjects on calcium channel or beta blockers due to the need to utilize clonidine with ketamine were excluded. Subjects with major medical problems including but not limited to: uncontrolled hypertension, hypotension, cardiac failure, renal failure or liver failure were not enrolled.

### 2.3. Pre-treatment

Prior to treatment, after informed consent was obtained, each subject was randomized into the ketamine or placebo infusion group. Both the subject and all other individuals involved in the subject's care or evaluation were blinded as to the treatment. The subject received a complete neurological examination and pain evaluation. The pain evaluation assessed overall pain level, joint pain, pin hyperalgesia, touch allodynia, cold allodynia and deep pressure evoked pain (at the supraclavicular fossa and the posterior popliteal fossa), strength and facility of movement. The subject was also asked to complete a short form McGill questionnaire [38], quality of life questionnaire (American Chronic Pain Association) and a seven question pain questionnaire weekly until the start of the infusions.

The seven question pain questionnaire asked patients to evaluate on an (0–10) (0 = no pain and 10 unbearable pain) numerical rating scale (NRS): (1) your current pain in your most affected area; (2) pain when you are touched or brushed lightly; (3) pain when deep pressure or squeezing is applied; (4) burning pain; (5) joint pain; (6) the degree your pain interferes with your general activity and (7) your overall pain.

All subjects wore an activity watch for at least 2 weeks prior to treatment and 2 weeks following treatment. The watch evaluated the subject's level of activity and at random programmed intervals recorded the subject's pain on a 0–10 NRS scale (0 = no pain and 10 = unbearable pain). In addition, the subjects were instructed to enter their pain scores during the night if they awoke.

Two weeks before treatment, 1 and 3 months post-treatment the following sensory and motor tests were performed.

*Thermal detection thresholds:* Cool detection thresholds were determined using the TSA-II NeuroSensory Analyzer (Medoc Advanced Medical Systems US, Minneapolis, MN). The device consists of a computer controlled thermoelectric probe with a surface area of 9 $cm^2$ that is attached using a Velcro strap to the area of skin to be tested (thenar eminence and hypothenar eminence in the hands and the dorsal foot). For each trial the thermal stimulator starts at the thermo-neutral baseline temperature of 32 °C, and increases for warming thresholds, or decreases for cooling thresholds, linearly at a rate of 1 °C per second, until the subject pushes a button that stops and records the temperature and returns the unit to baseline temperature. Three trials are averaged for cool and for warm threshold for each site tested.

*Thermal pain:* Thermal pain tolerance was determined at the same sites and using the same method described above for thermal detection thresholds. The only difference is that for thermal pain trials, the subject was instructed to push the control button (which immediately resets the stimulator back to baseline temperature) when the thermal stimulus (cold or hot) becomes painful. The TSA-II hardware automatically resets if the temperature reaches −10 °C (for cooling) or 50 °C (for heating) and the control button has not been pushed. This temperature range has been determined not to cause damage to skin or underlying tissue.

*Dynamic and static mechano-allodynia:* Dynamic mechano-allodynia was determined by stroking the skin three times within 5 s at a rate of 5 cm/s with a 2.5 cm wide standard foam paintbrush. Allodynia severity was determined by the subject's response using a numerical rating scale. The subject reported both the amount of pain on a 0–10 scale (0 = no pain; 10 = unbearable pain) and the extent to which the sensation spread. Static allodynia was determined with a 20 g bending force monofilament. The subject was instructed to report the level of pain on a 0–10 scale (0 = no pain; 10 = worst pain ever experienced).

*Deep pressure pain thresholds:* Deep pressure pain thresholds were determined with a pressure algometer (Wagner Instruments, Greenwich, CT) which is a hand held device with a 1 $cm^2$ rubber tip capable of measuring applied pressures of 0–5 kg. The device was held at a 90° angle to the body surface being tested. The pressure is gradually increased by 1 kg/s until the subject reports that the stimulus is painful or a pressure of 4 $kg/cm^2$ was reached. In the upper extremity thresholds to pain were determined at: (1) second costosternal joint; (2) acromioclavicular joint; (3) lateral epicondyle; (4) radial styloid; (5) ulnar styloid; (6) second metacarpal; and (7) fifth metacarpal. In the lower extremity thresholds to pain were determined at: (1) greater trochanter; (2) lateral femoral condyle; (3) tibial tubercle; (4) mid-shin; (5) medial malleolus; (6) lateral malleolus; (7) first metatarsal; and (8) fifth metatarsal.

*Quantification of motor function (finger tap):* Finger tap rate was determined using a computer program developed by our group. The subject was instructed to press the spacebar of a standard computer keyboard as fast as possible with the index finger of each hand respectively for 30 s.

*Cutaneous temperature:* Skin temperature was measured with an infra-red thermometer (Dermatemp Infrared Temperature Scanner, model DT-1001, Exergen Corp., Watertown, MA).

### 2.4. Preinfusion

On the first day of treatment but prior to the start of the infusions, the subjects were weighed, underwent a neurologic exam, had vital signs evaluated and an intravenous line inserted.

### 2.5. Infusion plan

On all 10 infusion days, subjects in both the ketamine and placebo group were monitored for cardiac rhythm, blood pressure, pulse and oxygen saturation. In addition, clonidine (0.1 mg p.o.) and midazolam (2 mg prior to and 2 mg following the 4 h infusion by i.v. push) was administered. Clonidine has been shown, in animals, to potentiate the neuropathic pain-relieving action of NMDA receptor blockers like ketamine while preventing their neurotoxic side effects [21]. Midazolam, at this dose, provides mild sedation and relieves anxiety.

All subjects were infused intravenously with 100 ml of normal saline with or without ketamine for 4 h (25 ml/h) daily for 10 days (5 days on, 2 days off, 5 days on). The maximum intravenous ketamine infusion rate for this study was 0.35 mg/kg/h, not to exceed 25 mg/h (100 mg of ketamine over a 4 h period). On the first day, the intravenous ketamine infusion was set to 50% of the maximum rate. On the second day, the intravenous ketamine infusion was increased to 75% of the maximum rate. On the third day, the

Please cite this article in press as: Schwartzman RJ et al. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study. PAIN® (2009), doi:10.1016/j.pain.2009.08.015

Rec'd in PCM appeals 4/18/12
*R.J. Schwartzman et al. / PAIN® xxx (2009) xxx–xxx*    **3**

intravenous ketamine infusion was increased to the maximum rate and maintained at this level for the duration of the 10 day study.

### 2.6. Post infusion

Following the last (10th) infusion, the subjects were seen at 2 weeks and then monthly at the Neurology Pain Clinic for the following 3 months. All subjects were asked to wear an activity watch from the time of the last infusion until the 2 week post-treatment visit. Subjects were also instructed to complete the short form McGill, quality of life and pain questionnaires weekly until the end of the study (3 months after the last infusion).

### 2.7. Blood ketamine level determination

Blood plasma was obtained from whole blood collected into EDTA coated tubes and spun at 3000 RPM for 15 min at 4 °C. Equal volumes of plasma and acetonitrile–phosphoric acid (85%)–water (20:2:78, v/v/v) (200 μl each) were mixed, followed by ultrafiltration through a 10,000 molecular mass cut-off filter (Millipore Microcon YM-10) [49]. The plasma ketamine level was determined from the ultra filtrate by high performance liquid chromatography (HPLC) [6]. The chromatographic system consisted of a Micromeretics 760 HPLC pump, a mobile phase of 77% sodium phosphate pH 7.2, 23% $CH_3CN$ at a flow of 1.2 ml/min. Separation was performed on an octadecylsilane (C18) column (Purosphere 5μ RP-18e 80A, 125 × 4 mm) and detection at a wavelength of 210 nm with a Shimadzu SPD-20A UV–vis detector [6,52].

### 2.8. Statistical analysis

The sample size was calculated by power analysis using data from our infusion clinic that suggested a 35% reduction in overall pain for the ketamine group. We estimated a 15% improvement for the placebo group. With a power of 80% and a type I error of 0.05, 34 patients (17 for each arm) had to complete the study. To account for dropouts we planned to enroll 20 patients for each arm.

Analysis of variance (ANOVA) was used to compare differences between groups in age, disease duration, limb temperature, cold evoked pain, heat evoked pain, finger tap and pressure evoked pain. The Kruskall–Wallis test was used to compare differences between groups for the McGill pain questionnaire scores. The Wilcoxon Signed Rank Test was used to compare differences between pre- and post-treatment for all NRS scores. Calculations were accomplished with the aid of statistical data analysis software, SYSTAT version 11 (SYSTAT Software Inc., Richmond, CA). The data was considered significantly different if $p < 0.05$.

## 3. Results

Although originally powered for 20 subjects per arm, the study was stopped at the halfway point for the following reasons. An interim analysis of the study results was performed after 19 subjects completed the study. The data showed little placebo effect allowing for statistical significance to be reached on many of the study parameters with a smaller number of study subjects than originally predicted. In addition, when this study was designed, our experience with outpatient intravenous ketamine was limited to doses of 25 mg/h (100 mg/4 h). Over the duration of this study (2 years) our further experience with outpatient intravenous ketamine showed that 50 mg/h (200 mg/4 h) provided much greater pain relief for a longer period of time without any complications. Since it was clear that a higher ketamine dose was having a much greater effect in other CRPS patients, it was felt that a randomized study at higher doses would be justified at this time.

Twenty-six subjects with CRPS were evaluated for this study. There were 5 screen failures and 2 subjects did not complete the study. Nineteen subjects, 1 male and 18 female completed this study. Ten of the subjects were in the placebo group and nine in the ketamine group. All subjects provided written informed consent prior to participating in the study. The subject's treatment group, age, gender, location of initial injury, spread of symptoms and their overall pain level at their initial evaluation are tabulated in Table 1. There was no significant difference ($p > 0.05$) in age, initial pain level or duration of disease between the ketamine and placebo groups.

All study subjects met the CRPS revised International Association for the Study of Pain (IASP) criteria [13]. Their condition was intractable with disease duration varying between 0.8 and 20 years. At their initial exam, the average overall pain level on a 0–10 numerical rating (±SE) scale was 7.5 ± 1.9 for the placebo group and 7.9 ± 0.9 for the ketamine group. This difference was not statistically significant ($p > 0.05$). In the ketamine group, the average plasma ketamine level (±SE) was 188.4 ± 20.9 ng/ml. Using linear regression, no correlation was found ($r = 0.04$, $p = 0.93$) between subject plasma level and symptom improvement.

### 3.1. Pain questionnaire

The subjects completed at least two pain questionnaires prior to treatment and one every week for the 12 weeks following treatment. The subjects' responses to the pain questionnaire are tabulated in Table 2. The placebo group scores demonstrated small non-significant ($p > 0.05$) differences for both better and worse following treatment. The ketamine treated group demonstrated consistent decreases for all parameters at all post-treatment time points that lasted for the 12 week post-treatment evaluation period. None of the parameters, in the ketamine treated group, returned to their pre-treatment levels by the 12 week post-treatment visit. There was a statistically significant ($p < 0.05$) decrease in scores in some parameters (pain in the most affected area, burning pain, pain when touched or brushed lightly and overall pain level). Whereas the other parameters (joint pain, pain when deep pressure or squeezing was applied and the degree their pain interfered with general activity) the reduction in scores did not reach statistical significance ($p > 0.05$).

### 3.2. The short form McGill pain questionnaire in CRPS

The subjects completed at least two short form McGill pain questionnaires [32] prior to treatment and one every week for the 12 weeks following treatment. The responses to the short form McGill pain questionnaire are tabulated in Table 3. The average total score (±SE) prior to treatment was 23.1 ± 1.4 for the ketamine group and 28.17 ± 1.7 for the placebo group. This difference was not statistically significant ($p > 0.05$). In the placebo group, both the sensory and the affective component demonstrated a slight but not statistically significant ($p > 0.05$) increase following treatment. In the ketamine group, both the sensory and the affective component demonstrated a significant ($p < 0.05$) decrease that lasted for the 12 weeks follow-up period (Fig. 1). The decrease in total McGill score was approximately 35% with the affective component demonstrating a larger decrease (50%) than the sensory component (31%), Table 3.

### 3.3. Activity watch data

The watch evaluated the subject's level of activity and at random programmed intervals recorded the subject's pain on a 0–10 NRS scale (0 = no pain and 10 = unbearable pain). The watch was worn for at least 2 weeks prior to and following treatment. The subjects average pain score (±SE) as entered in the activity watch

Please cite this article in press as: Schwartzman RJ et al. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study. PAIN® (2009), doi:10.1016/j.pain.2009.08.015

Rec'd in PCM appeals 4/18/12
R.J. Schwartzman et al./PAIN® xxx (2009) xxx–xxx

**Table 2**
Study subject responses to the pain questionnaire.

| Pain questionnaire NRS (0–10) | Group | Pre | Post Wk 1–2 | Post Wk 3–4 | Post Wk 5–8 | Post Wk 9–12 |
|---|---|---|---|---|---|---|
| Pain in the most affected area | Placebo | 7.73 ± 0.4 | 7.61 ± 0.6 | 7.50 ± 0.6 | 7.52 ± 0.6 | 7.56 ± 0.7 |
| | Ketamine | 7.66 ± 0.4 | **6.06 ± 0.9*** | **6.13 ± 1.0*** | 6.49 ± 1.1 | 6.69 ± 0.9 |
| Burning pain | Placebo | 8.05 ± 0.7 | 7.67 ± 0.9 | 7.70 ± 0.8 | 7.63 ± 0.8 | 7.57 ± 0.9 |
| | Ketamine | 7.12 ± 0.9 | 5.33 ± 1.2 | **4.21 ± 1.6*** | 5.04 ± 1.2 | 5.44 ± 1.1 |
| Pain when touched or brushed lightly | Placebo | 7.88 ± 0.5 | 6.50 ± 0.9 | 7.55 ± 0.6 | 7.14 ± 0.6 | 6.95 ± 0.9 |
| | Ketamine | 7.90 ± 0.4 | **5.94 ± 0.9*** | **5.86 ± 1.2*** | **5.91 ± 1.0*** | 6.28 ± 0.9 |
| Overall pain level | Placebo | 7.62 ± 0.6 | 7.61 ± 0.6 | 7.60 ± 0.5 | 7.72 ± 0.6 | 7.59 ± 0.7 |
| | Ketamine | 7.76 ± 0.4 | **6.28 ± 0.9*** | 6.43 ± 1.0 | 6.66 ± 1.0 | 6.81 ± 0.9 |
| Pain when deep pressure or squeezing is applied | Placebo | 8.51 ± 1.9 | 8.06 ± 0.5 | 8.00 ± 0.6 | 8.40 ± 0.5 | 8.17 ± 0.6 |
| | Ketamine | 7.99 ± 0.6 | 6.78 ± 0.8 | 6.64 ± 1.2 | 6.36 ± 1.1 | 6.53 ± 0.9 |
| Joint pain | Placebo | 7.51 ± 0.5 | 7.28 ± 0.7 | 7.15 ± 0.7 | 7.12 ± 0.7 | 7.40 ± 0.7 |
| | Ketamine | 5.91 ± 0.9 | 4.61 ± 1.1 | 5.21 ± 1.2 | 5.35 ± 1.2 | 5.69 ± 1.1 |
| Degree your pain interferes with your general activity | Placebo | 8.11 ± 0.6 | 7.61 ± 0.7 | 7.55 ± 0.6 | 7.70 ± 0.7 | 7.87 ± 0.7 |
| | Ketamine | 6.92 ± 0.7 | 5.50 ± 1.0 | 5.79 ± 1.1 | 6.07 ± 1.0 | 6.28 ± 0.8 |

The table entries are given as (means ± SE). Statistically significant (*$p < 0.05$) scores are marked in bold. In four of the seven inquiries, the ketamine treated group demonstrated significant ($p < 0.05$) differences between pre- and post-treatment scores. Most of the differences were noted during the first month post-treatment. The placebo group scores demonstrated small non-significant ($p > 0.05$) differences between pre- and post-treatment scores at all time points in the 12 week post-treatment evaluation period.

for the time period prior to treatment was 7.51 ± 0.4 for the ketamine group and 7.20 ± 0.4 for the placebo group, this difference was not statistically significant ($p > 0.05$). Following treatment, the ketamine group showed a 21.4% reduction of pain score to 6.01 ± 0.6 ($p < 0.01$) whereas the placebo group demonstrated a non-significant ($p > 0.05$) 3.1% reduction to 6.98 ± 0.5. There were no significant changes between pre- and post-treatment values ($p > 0.05$) in the level of activity, as recorded by the accelerometers in the watch in either the placebo or the ketamine group. In addition to evaluating activity, the subjects were instructed to enter their pain scores during the night if they awoke. The number of awakenings decreased by 85% in the ketamine group. This decrease was statistically significant ($p < 0.05$). There was no significant decrease ($p > 0.05$) in the number of awakenings in the placebo group. The difference in pain scores entered during the night between pre- and post-treatment decreased in the ketamine group and remained the same for the placebo group, however the changes were not statistically significant ($p > 0.05$).

### 3.4. Quantitative sensory testing

Quantitative sensory tests (QST) were administered to all subjects prior to treatment and at 1 and 3 months following treatment. Average skin temperatures were normal in all extremities and the average difference between the affected limb and its contralateral extremity was less than 0.5 °C in both the placebo and ketamine groups. Both cold and warm detection thresholds were at the upper range of normal in both groups when compared to control subjects evaluated at our QST laboratory [50]. There were no sig-

nificant changes ($p > 0.05$) in skin temperature, cold or warm detection thresholds following treatment. A number of tests evaluating evoked pain and motor function were also performed. The results of these tests are tabulated in Table 4. Following treatment, the ketamine group showed improvement in all categories (pressure evoked pain, brush allodynia, stimulation with a 20 g monofilament, cold evoked pain, heat evoked pain and finger tap), however, none of the improvements were statistically significant ($p > 0.05$). The majority of patients demonstrated reduced tap test scores (7 of 9 in the ketamine group, 8 of 10 in the placebo group). Following treatment the ketamine group showed a small not statistically significant ($p > 0.05$) improvement whereas the placebo group showed no change. Most patients demonstrated cold allodynia (8 of 9 in the ketamine group, 6 of 10 in the placebo group). Of the QST tests, cold evoked pain (on the most affected extremity) demonstrated the greatest improvement. The ketamine group demonstrated a 5.8 °C improvement whereas the placebo group showed a 1.1 °C worsening. However, this difference did not reach statistical significance ($p = 0.06$). All subjects had low thresholds to pressure evoked pain when compared to control subjects evaluated at our QST laboratory (control subjects do not report pressure of less than 4 kg as painful) [50]. In the ketamine group, pressure evoked pain and finger tap demonstrated the least improvement of all parameters tested.

### 3.5. Quality of life

The subjects completed at least two American Chronic Pain Association quality of life (QOL) questionnaires (Appendix 1) prior

**Table 3**
Study subject responses to the short form McGill questionnaire.

| Short form McGill questionnaire | Group | Pre | Post Wk 1–2 | Post Wk 3–4 | Post Wk 5–8 | Post Wk 9–12 |
|---|---|---|---|---|---|---|
| Sensory component (0–33) | Placebo | 21.62 ± 2.4 | 21.75 ± 2.3 | 23.70 ± 2.2 | 22.63 ± 2.6 | 22.63 ± 2.9 |
| (Questions 1–11) | Ketamine | 17.07 ± 1.6 | **12.83 ± 2.3*** | **11.17 ± 2.0*** | **11.69 ± 1.8*** | **11.75 ± 2.1*** |
| Affective component (0–12) | Placebo | 6.56 ± 1.2 | 7.55 ± 1.3 | 7.45 ± 1.3 | 6.98 ± 1.4 | 7.46 ± 1.5 |
| (Questions 12–15) | Ketamine | 6.10 ± 0.9 | **3.39 ± 1.0**** | **2.67 ± 0.9**** | **3.03 ± 1.0*** | **3.28 ± 1.0*** |
| Total McGill Score (0–45) | Placebo | 28.17 ± 3.4 | 29.30 ± 3.5 | 31.15 ± 3.4 | 29.60 ± 3.9 | 30.09 ± 4.3 |
| (Questions 1–15) | Ketamine | 23.14 ± 2.4 | **16.22 ± 2.6*** | **13.39 ± 2.1**** | **14.81 ± 2.3*** | **15.44 ± 2.6*** |

The table entries are given as (means ± SE). Statistically significant (*$p < 0.05$; **$p < 0.001$) scores are marked in bold. Both the affective and sensory components in the ketamine treated group demonstrated significant differences between pre- and post-treatment scores for all time points in the 12 week post-treatment evaluation period. The placebo group scores demonstrated small non-significant ($p > 0.05$) differences between pre- and post-treatment scores at all time points in the 12 week post-treatment evaluation period.

Please cite this article in press as: Schwartzman RJ et al. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study. PAIN® (2009), doi:10.1016/j.pain.2009.08.015

Rec'd in PCM appeals 4/18/12

*R.J. Schwartzman et al./PAIN® xxx (2009) xxx-xxx*

6



Fig. 1. Changes in the total McGill questionnaire score (means ± SE) at five time periods (the period prior to treatment (at least 2 weeks), weeks 1 and 2 post-treatment, weeks 3 and 4 post-treatment, weeks 5 to 8 post-treatment and weeks 9 to 12 post-treatment) in both the ketamine treated and the placebo group. In the ketamine treated group, the McGill pain questionnaire scores showed significant ($p < 0.05$) improvements when compared to either the baseline measurements or the placebo scores that lasted for the 12 week follow-up period. In the placebo group, the total McGill score demonstrated a slight but not statistically significant ($p > 0.05$) increase following treatment.

to treatment and one every week for the 12 weeks following treatment. The possible score ranges from 0 (non-functioning) to 10 (normal quality of life). The subjects average quality of life score (±SE) for the time period prior to treatment was 5.4 ± 1.0 for the ketamine group and 3.6 ± 0.4 for the placebo group, this difference was not statistically significant ($p > 0.05$). There were no significant changes in the QOL scores ($p > 0.05$) following treatment in either the placebo or the ketamine group.

### 3.6. Side effects

Six of the 19 subjects that completed the study complained of nausea, headache, tiredness or dysphoria at some point during the trial (4/9 in the ketamine group and 2/10 in the placebo group). All subjects were queried by the clinical staff (neurologist and infusion nurses) and none reported agitation, blurred vision or any psychomimetic side effects such as; hallucinations, delusions or

out of body experiences. The concomitant use of midazolam and clonidine during this study may have controlled the hallucinogenic and dysphoric effects of ketamine.

### 3.7. Percent change between pre- and weeks 1–4 post-treatment

The percent change between baseline values and mean values for week's 1–4 post-treatment in parameters evaluating the subject's pain are listed in Table 5. On average, parameters evaluating pain decreased by approximately 27% in the ketamine group and 2% in the placebo group. Following treatment, not all individuals improved to the same degree. In the ketamine group, one subject demonstrated greater than 50% improvement, 4 subject's 20–30% improvement, 3 subject's 10–20% improvement and 1 subject less than 10% improvement. The subjects demonstrated the same pattern of improvement across all test parameters.

Several pain parameters were evaluated in multiple ways. Overall pain was evaluated with the activity watch score, the pain questionnaire and the sensory component of the McGill questionnaire and provided similar values (decreases of 21.4%, 18.1% and 29.7% in the ketamine group and decreases of 3.1 and 0 and an increase of 5.1% in the placebo group). Dynamic allodynia was evaluated on exam (brush allodynia) and by questionnaire. They also provided similar values, decreases of 34.2% and 25.3% in the ketamine group and 7.1 and 10.9 in the placebo group. Evaluating parameters in multiple ways provided redundancy in the determination of the subject's pain level which increases our confidence in these results.

### 4. Discussion

Several intravenous ketamine regimens have been reported to provide significant amelioration of pain in subjects with CRPS [7,10,24]. Ketamine has been administered at anesthetic doses for 5 days [24] or at sub-anesthetic doses administered for several days either continuously [7] or for several hours a day [10]. In general, the higher the ketamine dose the greater the reduction of symptoms and duration of relief. In our experience, only the 5 day intravenous ketamine regimen at anesthetic doses with midazolam and clonidine [24] provide complete remission of CRPS symptoms lasting for over 5 years in approximately half of the subjects. Ketamine at sub-anesthetic doses provides significant relief, however overtime the symptoms return. We chose the sub-anesthetic multi-day low dose intravenous ketamine regimen for this study because we felt it was the most amenable paradigm for con-

**Table 4**
Study subject scores in the quantitative pain examination.

| Quantitative pain examination | Group | Pre | Post 1 month | Post 3 months |
|---|---|---|---|---|
| Pressure evoked pain of affected limb (kilograms) | Placebo | 1.56 ± 0.2 | 1.14 ± 0.1 | 1.49 ± 0.3 |
| | Ketamine | 1.56 ± 0.3 | 1.62 ± 0.1 | 1.63 ± 0.3 |
| Brush allodynia of affected limb (NRS, 0–10) | Placebo | 5.50 ± 1.0 | 5.11 ± 1.3 | 5.30 ± 1.1 |
| | Ketamine | 3.89 ± 1.0 | 2.56 ± 1.1 | 3.33 ± 1.2 |
| Twenty gram monofilament on affected limb (NRS, 0–10) | Placebo | 5.40 ± 1.1 | 5.44 ± 1.4 | 5.60 ± 1.0 |
| | Ketamine | 5.56 ± 1.0 | 3.56 ± 0.8 | 3.78 ± 1.1 |
| Cold evoked pain on affected limb (change from 32 °C baseline) | Placebo | −17.6 ± 4.9 | −16.5 ± 4.8 | −12.7 ± 4.1 |
| | Ketamine | −6.9 ± 1.8 | −12.7 ± 3.8 | −6.5 ± 2.6 |
| Heat evoked pain of affected limb (change from 32 °C baseline) | Placebo | 10.7 ± 1.8 | 9.7 ± 1.8 | 8.9 ± 1.8 |
| | Ketamine | 8.9 ± 1.7 | 10.3 ± 1.7 | 8.7 ± 1.6 |
| Finger tap of affected side (taps in 30 s) | Placebo | 108.8 ± 7.1 | 98.7 ± 10.8 | 110.3 ± 10.8 |
| | Ketamine | 108.1 ± 10.0 | 116.1 ± 7.0 | 117.3 ± 8.3 |

The table entries are given as (means ± SE). Following treatment, the ketamine group showed improvement in all categories, however, none of the improvements were statistically significant ($p > 0.05$).
The placebo group scores demonstrated small non-significant ($p > 0.05$) differences between pre- and post-treatment scores at all time points in the 12 week post-treatment evaluation period.

Please cite this article in press as: Schwartzman RJ et al. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study. PAIN® (2009), doi:10.1016/j.pain.2009.08.015

Rec'd in PCM appeals 4/18/12

7

**Table 5**
Percent change between baseline values and mean values for weeks 1–4 post-treatment.

| Parameter | Placebo | Ketamine |
|---|---|---|
| McGill affective component | 14.3 | −50.3 |
| Twenty gram monofilament on affected limb | 0.7 | −36.0 |
| Brush allodynia of affected limb | −7.1 | −34.2 |
| Burning pain | −4.5 | −33.0 |
| McGill Sensory component | 5.1 | −29.7 |
| Pain when touched or brushed lightly | −10.9 | −25.3 |
| Pain score (activity watch) | −3.1 | −21.4 |
| Pain in the most affected area | −2.3 | −20.5 |
| Degree your pain interferes with your general activity | −6.5 | −18.4 |
| Overall pain level | 0.0 | −18.1 |
| Joint pain | −4.0 | −16.9 |
| Pain when deep pressure or squeezing is applied | −5.6 | −16.1 |
| Average | −2.0 | −26.7 |

The table entries are gives as percent. Negative values show decreases (improvement) and positive values increases (worsening) from the pre-treatment score. Parameters are listed in decreasing order (most improvement in the ketamine group listed first). The activity watch entries evaluate the percent change between baseline values and mean values for weeks 1–2 post-treatment.

ducting a randomized double-blind placebo controlled trial to evaluate the effectiveness of intravenous ketamine for the treatment of CRPS.

In this randomized, double-blind, placebo controlled study of primarily severe longstanding CRPS patients treated with a low dose multi-day infusion of ketamine, statistically significant reduction of pain ($p < 0.05$) was demonstrated in the ketamine treated group on: (1) the short form McGill pain questionnaire for the 3 month length of the study following treatment; (2) in several of the parameters evaluated in the pain questionnaire (pain in the most affected area, burning pain, pain when touched or brushed lightly and overall pain level; (3) data from the activity watch demonstrated fewer nighttime awakenings as well as lower daytime pain scores (only measured for 2 weeks following the last infusion); and (4) spontaneous burning pain decreased ($p < 0.05$) for 1 month. The subjects in the placebo group demonstrated no significant improvement between pre- and post-treatment values in any of these parameters. The changes in the other parameters queried: (1) overall pain; (2) deep muscle pain; (3) joint pain; (4) quantitative sensory testing; and (5) quality of life issues did not reach statistical significance ($p > 0.05$), however they trended toward improvement in the ketamine group and remained unchanged in the placebo group.

*4.1. Correlations of clinical characteristics with pain parameters*

There were no significant differences between those patients with a shorter duration of CRPS (11 patients with an average length of illness of 2.6 years and a range of 0.8–4.2 years) and longstanding patients (8 patients with an average length of illness of 12.2 years and a range of 6.8–20 years). This is in keeping with a recent study of 580 CRPS patients whose signs and symptoms were evaluated by regression analysis demonstrating little change in their pain scores after 1 year of illness [51]. No significant clinical differences were noted between upper or lower extremity involvement. All patients suffered various degrees of the same qualities of pain (burning, aching, deep muscle, lancinating, joint). They all demonstrated dynamic and static mechano-allodynia and most showed hyperalgesia to pinprick, and cold allodynia. CRPS symptoms have been shown to spread from the site of injury [36]. All patients in this study demonstrated spread either contiguous to the original lesion, in a mirror distribution or in some to most parts of the body. All patients had at least two extremities involved and those with greater than 8 years of illness more than 75% of their body was painful to some degree.

*4.2. Short form McGill pain questionnaire*

The McGill score of both the ketamine and placebo groups demonstrated severe pain (23.1 for the ketamine group and 28.17 for the placebo group). The ketamine group demonstrated a significant decrease ($p < 0.05$) in both the sensory and affective components. Both the sensory and the affective component were significantly reduced throughout the post-treatment part of the trial. The decrease in the total McGill score was approximately 35%, a 50% decrease in the affective component and a 31% in the sensory component. The robust decrease in the affective component may reflect the recently described antidepressant effects of ketamine as well as its demonstrated effects on NMDA dependent long-term potentiation (LTP) of pain transmission neurons of the dorsal horn [5,19,26,34,44,63].

*4.3. Pain questionnaire*

Statistically significant decreases ($p < 0.05$) were attained for pain in the most affected area, burning pain, pain when touched or brushed lightly and overall pain level in the ketamine group as compared to placebo. Although decreased for the 3 months following ketamine treatment, joint pain, muscle sensitization and the degree that pain interfered with activities of daily living, the reduction did not reach statistical significance ($p > 0.05$). This finding, a greater decrease of pain in the index area (area of original trauma), as compared to the decrease in overall pain, supports the recent evidence for NMDA involvement in homotopic hyperalgesia (mechanical or thermal hyperalgesia in a territory subserved by C-fibers conditioned by high frequency electrical stimulation). Mechanical heterosynaptic hyperalgesia (in this paradigm) occurs in contiguous or distant areas from the primary area of injury and may not be subserved by NMDA sensitive systems [25,29]. Evidence supports the general concept that homotopic hyperalgesia is a perceptual correlate of homosynaptic LTP in patients [22,61]. In addition, ketamine may act at supraspinal levels in CRPS [3,57] as well as at $Na^+$ and $K^+$ channels, L-type $Ca^{2+}$ channels, $5HT_3$ receptors [15,48], nicotinic [47], muscarinic [18], acetylcholine and μ-opioid receptors [18,53].

In superficial dorsal horn neurons, the basic pattern of tonic firing and spike repolarization is generated by voltage gated $Na^+$ and $K^+$ rather than $Ca^{2+}$ conductance's [37,41]. It is clear that in some chronic pain states NMDA receptor conductance is a major mechanism for pain maintenance and LTP of pain transmission neurons [33,35,46,49]. That ketamine did not provide greater relief of the pain in muscles or joints may be a reflection of heterogeneity of $K^+$ and $Na^+$ channels expressed on these nociceptive afferents, that enough NMDA channels were not blocked at this dosage or that this form of pain is less NMDA dependent. Recent studies have shown that muscle pain can induce central sensitization [17,39]. However, spontaneous activity of dorsal horn neurons in muscle pain afferents is not decreased by NMDA blockade [1,17]. It has been suggested that proprioceptive afferents may be the source of spontaneous muscle pain [31]. However, it has also been shown that chronic musculoskeletal pain is decreased to a greater degree with ketamine than morphine [1,54] and that muscle hyperalgesia, temporal summation and referred pain is reduced in a major subgroup of fibromyalgia patients by NMDA receptor blockade [11].

*4.4. Activity watch data*

Actigraphy has been utilized to monitor physical activity and sleep in fibromyalgia patients [28,30], psychomotor dysfunction in major depressive disorders [59] and in irregular sleep-wake rhythms [55]. This is an objective measure of sleep quality, awakenings and activity, and helps to minimize retrospective bias of

Rec'd in PCM appeals 4/18/12

8

*R.J. Schwartzman et al. / PAIN® xxx (2009) xxx–xxx*

self-reported data in which there is a tendency to report peak and most recent symptoms [56,58,59]. The statistically significant reduction in pain scores for the 2 week period following treatment corroborated the reduction of index area and burning pain as documented by self-report.

### 4.5. Conclusion

The strengths of this study are: (1) all patients met strictly defined IASP criteria for CRPS; (2) all patients were examined by the same senior clinician at all visits; (3) standardized pain (McGill short form) and quality of life questionnaires were utilized; (4) multiple pain parameters were evaluated; (5) several pain parameters were evaluated in multiple ways providing redundancy and increased confidence in the results; and (6) positive placebos (midazolam and clonidine) were utilized to effect blinding. The major limitations of this study are: (1) its small size; (2) non-stratification of patients either by length of time with the illness or by the temperature of the affected area; and (3) lack of a cross-over arm.

This study showed that i.v. ketamine, even at low dosage, administered in an outpatient setting resulted in statistically significant ($p < 0.05$) reduction in many pain parameters. Surprisingly, it also showed that subjects in our active placebo group demonstrated little treatment effect in any of these same parameters. The results of this study warrant a larger randomized placebo controlled trial using higher doses of ketamine and a 5 month follow-up in stratified patients. A recent literature review supports the use of sub-anesthetic ketamine for short term relief of refractory neuropathic pain [4]. Although several prior series utilizing sub-anesthetic multi-dose outpatient protocols [7,10,40] have been successful in treating refractory patients, this is the first randomized, placebo controlled trial to demonstrate significant reductions of some pain parameters suffered by CRPS patients.

### Acknowledgements

This study was supported by a grant from the Commonwealth of Pennsylvania Department of Health and gifts from the Tilly Family Foundation and the Sunstein family. There is no proprietary, financial, professional other personal interest of any nature or kind in any product, service and/or company that could be construed as influencing the position presented in this manuscript.

### Appendix A. Supplementary data

Supplementary data associated with this article can be found, in the online version, at doi:10.1016/j.pain.2009.08.015.

### References

[1] Anis NA, Headley PM, Lodge D, West DC. Lack of involvement of N-methyl aspartate receptors in segmental synaptic excitation of cat lumbar dorsal horn neurons: studies with ketamine. J Physiol (Lond) 1982;328:10.

[2] Arendt-Nielsen L, Petersen-Felix S, Fischer M, Bak P, Bjerring P, Zbinden AM. The effect of N-methyl-D-aspartate antagonist (ketamine) on single and repeated nociceptive stimuli: a placebo-controlled experimental human study. Anesth Analg 1995;81:63–8.

[3] Becerra L, Schwartzman RJ, Kiefer RT, Rohr P, Moulton EA, Wallin D, Pendse G, Morris S, Borsook D. CNS measures of pain responses pre- and post-anesthetic ketamine in a patient with complex regional pain syndrome. Pain Med 2009 [Epub ahead of print].

[4] Bell RF. Ketamine for chronic non-cancer pain. Pain 2009;141:210–4.

[5] Berman RM, Cappiello A, Anand A, Oren DA, Heninger GR, Charney DS, Krystal JH. Antidepressant effects of ketamine in depressed patients. Biol Psychiatry 2000;47:351–4.

[6] Bolze S, Boulieu R. HPLC determination of ketamine, norketamine, and dehydronorketamine in plasma with a high-purity reversed-phase sorbent. Clin Chem 1998;44:560–4.

[7] Correll GE, Maleki J, Gracely EJ, Muir JJ, Harbut RE. Subanesthetic ketamine infusion therapy: a retrospective analysis of a novel therapeutic approach to complex regional pain syndrome. Pain Med 2004;5:263–75.

[8] Davies SN, Lodge D. Evidence for involvement of N-methylaspartate receptors in 'wind-up' of class 2 neurones in the dorsal horn of the rat. Brain Res 1987;424:402–6.

[9] Eberle T, Doganci B, Krämer HH, Geber C, Fechir M, Magerl W, Birklein F. Warm and cold complex regional pain syndromes: differences beyond Skin temperature? Neurology 2009;72:505–12.

[10] Goldberg ME, Domsky R, Scaringe D, Hirsh R, Dotson J, Sharaf I, Torjman MC, Schwartzman RJ. Multi-day low dose ketamine infusion for the treatment of complex regional pain syndrome. Pain Physician 2005;8:175–9.

[11] Graven-Nielsen T, Aspegren Kendall S, Henriksson KG, Bengtsson M, Sörensen J, Johnson A, Gerdle B, Arendt-Nielsen L. Ketamine reduces muscle pain, temporal summation, and referred pain in fibromyalgia patients. Pain 2000;85:483–91.

[12] Harden RN, Bruehl S. Diagnostic criteria: the statistical derivation of the four criterion factors. In: Wilson PR, Stanton-Hicks MD, Harden RN, editors. CRPS: current diagnosis and therapy. Seattle, WA: IASP Press; 2005. p. 48–58.

[13] Harden RN, Bruehl S, Stanton-Hicks M, Wilson PR. Proposed new diagnostic criteria for complex regional pain syndrome. Pain Med 2007;8:326–31.

[14] Himmelseher S, Durieux ME. Ketamine for perioperative pain management. Anesthesiology 2005;102:211–20.

[15] Hirota K, Lambert DG. Ketamine: its mechanism(s) of action and unusual clinical uses. Br J Anaesth 1996;77:441–4.

[16] Hocking G, Cousins MJ. Ketamine in chronic pain management: an evidence-based review. Anesth Analg 2003;97:1730–9.

[17] Hoheisel U, Sander B, Mense S. Myositis-induced functional reorganization of the rat dorsal horn: effects of spinal superfusion with antagonists to neurokinin and glutamate receptors. Pain 1997;69:219–30.

[18] Hustveit O, Maurset A, Oye I. Interaction of the chiral forms of ketamine with opioid, phencyclidine, sigma and muscarinic receptors. Pharmacol Toxicol 1995;77:355–9.

[19] Ikeda H, Heinke B, Ruscheweyh R, Sandkühler J. Synaptic plasticity in spinal lamina I projection neurons that mediate hyperalgesia. Science 2003;299:1237–40.

[20] Jänig W, Baron R. Complex regional pain syndrome: mystery explained? Lancet Neurol 2003;2:687–97.

[21] Jevtovic-Todorovic V, Wozniak DF, Powell S, Nardi A, Olney JW. Clonidine potentiates the neuropathic pain-relieving action of MK-801 while preventing its neurotoxic and hyperactivity side effects. Brain Res 1998;781:202–11.

[22] Ji RR, Kohno T, Moore KA, Woolf CJ. Central sensitization and LTP: do pain and memory share similar mechanisms? Trends Neurosci 2003;26:696–705.

[23] Kiefer RT, Rohr P, Ploppa A, Altemeyer KH, Schwartzman RJ. Complete recovery from intractable complex regional pain syndrome, CRPS-type I, following anesthetic ketamine and midazolam. Pain Pract 2007;7:147–50.

[24] Kiefer RT, Rohr P, Ploppa A, Dieterich HJ, Grothusen J, Koffler S, Altemeyer KH, Unerti K, Schwartzman RJ. Efficacy of ketamine in anesthetic dosage for the treatment of refractory complex regional pain syndrome: an open-label phase II study. Pain Med 2008;9:1173–201.

[25] Klein T, Magerl W, Hopf HC, Sandkühler J, Treede RD. Perceptual correlates of nociceptive long-term potentiation and long-term depression in humans. J Neurosci 2004;24:964–71.

[26] Klein T, Magerl W, Nickel U, Hopf HC, Sandkühler J, Treede RD. Effects of the NMDA-receptor antagonist ketamine on perceptual correlates of long-term potentiation within the nociceptive system. Neuropharmacology 2007;52:655–61.

[27] Koffler SP, Hampstead BM, Irani F, Tinker J, Kiefer RT, Rohr P, Schwartzman RJ. The neurocognitive effects of 5 day anesthetic ketamine for the treatment of refractory complex regional pain syndrome. Arch Clin Neuropsychol 2007;22:719–29.

[28] Kop WJ, Lyden A, Berlin AA, Ambrose K, Olsen C, Gracely RH, Williams DA, Clauw DJ. Ambulatory monitoring of physical activity and symptoms in fibromyalgia and chronic fatigue syndrome. Arthritis Rheum 2005;52:296–303.

[29] Koppert W, Dern SK, Sittl R, Albrecht S, Schüttler J, Schmelz M. A new model of electrically evoked pain and hyperalgesia in human skin: the effects of intravenous alfentanil, S(+)-ketamine, and lidocaine. Anesthesiology 2001;95:395–402.

[30] Korszun A, Young EA, Engleberg NC, Brucksch CB, Greden JF, Crofford LA. Use of actigraphy for monitoring sleep and activity levels in patients with fibromyalgia and depression. J Psychosom Res 2002;52:439–43.

[31] Kramis RC, Roberts WJ, Gillette RG. Non-nociceptive aspects of persistent musculoskeletal pain. J Orthop Sports Phys Ther 1996;24:255–67.

[32] Kristensen JD, Svensson B, Gordh Jr T. The NMDA-receptor antagonist CPP abolishes neurogenic 'wind-up pain' after intrathecal administration in humans. Pain 1992;51:249–53.

[33] Laird JM, Cervero F. Signalling of a step-like intensity change of noxious mechanical stimuli by dorsal horn neurones in the rat spinal cord. J Physiol 1991;434:561–75.

[34] Liu XG, Sandkühler J. Long-term potentiation of C-fiber-evoked potentials in the rat spinal dorsal horn is prevented by spinal N-methyl-D-aspartic acid receptor blockage. Neurosci Lett 1995;191:43–6.

[35] Magerl W, Fuchs PN, Meyer RA, Treede RD. Roles of capsaicin-insensitive nociceptors in cutaneous pain and secondary hyperalgesia. Brain 2001;124:1754–64.

Rec'd in PCM appeals 4/18/12
R.J. Schwartzman et al. / PAIN® xxx (2009) xxx–xxx

[36] Maleki J, LeBel AA, Bennett GJ, Schwartzman RJ. Patterns of spread in complex regional pain syndrome, type I (reflex sympathetic dystrophy). Pain 2000;88:259–66.

[37] Melnick IV, Santos SF, Szokol K, Szűcs P, Safronov BV. Ionic basis of tonic firing in spinal substantia gelatinosa neurons of rat. J Neurophysiol 2004;91: 646–55.

[38] Melzack R. The short-form McGill pain questionnaire. Pain 1987;30:191–7.

[39] Mense S. Referral of muscle pain. New aspects. Am Pain Soc 1994;3:1–9.

[40] Norlund A, Ropponen A, Alexanderson K. Multidisciplinary interventions: review of studies of return to work after rehabilitation for low back pain. J Rehabil Med 2009;41:115–21.

[41] Olschewski A, Wolff M, Bräu ME, Hempelmann G, Vogel W, Safronov BV. Enhancement of delayed-rectifier potassium conductance by low concentrations of local anaesthetics in spinal sensory neurones. Br J Pharmacol 2002;136:540–9.

[42] Petrenko AB, Yamakura T, Baba H, Shimoji K. The role of N-methyl-D-aspartate (NMDA) receptors in pain: a review. Anesth Analg 2003;97:1108–16.

[43] Price DD, Mao J, Frenk H, Mayer DJ. The N-methyl-D-aspartate receptor antagonist dextromethorphen selectively reduces temporal summation of second pain in man. Pain 1994;59:165–74.

[44] Randić M, Jiang MC, Cerne R. Long-term potentiation and long-term depression of primary afferent neurotransmission in the rat spinal cord. J Neurosci 1993;13:5228–41.

[45] Saab CY, Hains BC. Remote neuroimmune signaling: a long-range mechanism of nociceptive network plasticity. Trends Neurosci 2009;32:110–7.

[46] Sandkühler J. Learning and memory in pain pathways. Pain 2000;88:113–8.

[47] Scheller M, Bufler J, Hertle I, Schneck HJ, Franke C, Kochs E. Ketamine blocks currents through mammalian nicotinic acetylcholine receptor channels by interaction with both the open and the closed state. Anesth Analg 1996;83:830–6.

[48] Schnoebel R, Wolff M, Peters SC, Bräu ME, Scholz A, Hempelmann G, Olschewsk H, Olschewsk A. Ketamine impairs excitability in superficial dorsal horn neurones by blocking sodium and voltage-gated potassium currents. Br J Pharmacol 2005;146:826–33.

[49] Schwartzman RJ, Alexander GM, Grothusen J. Pathophysiology of complex regional pain syndrome. Expert Rev Neurother 2006;6:669–81.

[50] Schwartzman RJ, Grothusen JR. Brachial plexus traction injury: quantification of sensory abnormalities. Pain Med 2008;9:950–7.

[51] Schwartzman RJ, Erwin KL, Alexander GM. The Natural History of Complex Regional Pain Syndrome. Clin J Pain 2009;25:273–80.

[52] Seay SS, Aucoin DP, Tyczkowska KL. Rapid high-performance liquid chromatographic method for the determination of ketamine and its metabolite dehydronorketamine in equine serum. J Chromatogr 1993;620:281–7.

[53] Smith DJ, Bouchal RL, deSanctis CA, Monroe PJ, Amedro JB, Perrotti JM, Crisp T. Properties of the interaction between ketamine and opiate binding sites in vivo and in vitro. Neuropharmacology 1987;26:1253–60.

[54] Sörensen J, Bengtsson A, Bäckman E, Henriksson KG, Bengtsson M. Pain analysis in patients with fibromyalgia. Effects of intravenous morphine, lidocaine, and ketamine. Scand J Rheumatol 1995;24:360–5.

[55] Steinig J, Klösch G, Sauter C, Zeitlhofer J, Happe S. Actigraphy in irregular sleep-wake rhythm. Sleep Med 2007;8:184–5.

[56] Stone AA, Turkkan JS, Bachrach CA, Jobe JB, Kurtzman HS, Cain VS. The science of self-report: implications for research and practice. Mahwah, New Jersey London: Lea Lawrence Erlbaum Associates; 2000.

[57] Terayama R, Guan Y, Dubner R, Ren K. Activity-induced plasticity in brain stem pain modulatory circuitry after inflammation. Neuroreport 2000;11: 1915–9.

[58] Turkkan JS, Bachrach CA, Jobe JB, Katzman HS, Cain VS. The science of self report: implications for research and practice. Mahwah, NJ: Lawrence Earlbaum Associates; 2000.

[59] Volkers AC, Tulen JH, Van Den Broek WW, Bruijn JA, Passchier J, Pepplinkhuizen L. 24-Hour motor activity after treatment with imipramine or fluvoxamine in major depressive disorder. Eur Neuropsychopharmacol 2002;12:273–8.

[60] Watkins LR, Maier SF. Immune regulation of central nervous system functions: from sickness responses to pathological pain. J Intern Med 2005;257:139–55.

[61] Willis WD. Long-term potentiation in spinothalamic neurons. Brain Res Brain Res Rev 2002;40:202–14.

[62] Woolf CJ, Thompson SW. The induction and maintenance of central sensitization is dependent on N-methyl-D-aspartic acid receptor activation; implications for the treatment of post-injury pain hypersensitivity states. Pain 1991;44:293–9.

[63] Zarate Jr CA, Singh JB, Carlson PJ, Brutsche NE, Ameli R, Luckenbaugh DA, Charney DS, Manji HK. A randomized trial of an N-methyl-D-aspartate antagonist in treatment-resistant major depression. Arch Gen Psychiatry 2006;63:856–64.

Please cite this article in press as: Schwartzman RJ et al. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: A double-blind placebo controlled study. PAIN® (2009), doi:10.1016/j.pain.2009.08.015

MUCH HAS BEEN LEARNED ABOUT KETAMINE infusions since my article published in the Spring 2006 *RSDSA Review* that provided an overview of ketamine infusion therapy.[1] Since initiating outpatient ketamine infusion protocols in my office in the Fall 2004, I have treated close to 100 patients. All of them had a diagnosis of complex regional pain syndrome (CRPS), had been seen by

to shut off the N-methyl-D-aspartate (NMDA) receptors in the brain over time, as opposed to at a single session. Our experience shows that single doses of ketamine do little to improve the patient's condition, while repeated doses of ketamine have worked very well to relieve sympathetic dysfunction. Using protocols established by Robert J. Schwartzman, MD, at Hahnemann

both. Research is ongoing at the Drexel University College of Medicine, using a double-blind placebo-controlled study to determine the efficacy of ketamine for CRPS[2], and the preliminary results have been extremely promising.

There has been limited use of inpatient ketamine infusion therapy. This protocol consists of a five-day treatment with slowly-accelerating dosage, usually reaching a maximum of 40 mg to 50 mg per hour over a four- to five-day time frame, with gradual weaning on the fifth day. Obviously, an accelerated dose of ketamine can be given in this fashion, leading to higher blood levels and further improvement. This does not preclude the necessity of outpatient "boosters" at varying intervals following the patient's discharge from the hospital.

# Update on Low-dose Ketamine Infusions

*By Philip Getson, DO*



numerous physicians, and had undergone a variety of treatments, including medical therapy, physical therapy, occupational therapy, sympathetic blocks, spinal cord stimulators, and intrathecal pumps, before beginning ketamine infusions. In all cases, the syndrome was out of control, and we decided to try intravenous ketamine.

Physicians have different protocols for the administration of ketamine, but we have learned over these last four and a half years that the **quantity** of ketamine is less important than the **duration** of the treatment regarding the ability

University Hospital in Philadelphia, with whom I have collaborated on many cases, all patients begin with a 10-day "start-up" of ketamine followed by accelerating doses. The average maximum dose is 200 mg to 250 mg ketamine per treatment, infused intravenously over a four-hour time frame. In addition to ketamine, other medications, including midazolam HCl (Versed®), ondansetron HCl (Zofran®), alprazolam (Xanax®), diazepam (Valium®), and butalbital (Fioricet®), are used as needed for symptom relief. Vital signs are monitored electronically, while the patient's condition is overseen by an infusion nurse. Detailed information is taken regarding allodynia, response to general pain, sweating, flushing, etc.

Over this four and a half-year time frame, we have concluded that ketamine is currently the best available outpatient treatment for refractory and difficult cases of CRPS. Between 66% and 80% of patients have shown an overall improvement, which is measured by an increase in functional capability, decrease in medication, or a combination of

Ketamine therapy has provided significant success not only in the reduction of pain, allodynia, and other well-recognized forms of sympathetic dysfunction, but also for improving patients who suffer from the sequelae of CRPS, such as neurogenic bladder, gastropoeisis, and neurodermatitis, the most common dermatologic manifestation of CRPS. The beneficial effects of ketamine have proved far reaching.

## Ketamine in the Literature

There have been many articles written regarding ketamine. The 2003 review article by Hocking and Cousins[3] suggests that "the efficacy for ketamine for treatment of chronic pain is moderate to weak." Clearly our statistics and experience have shown this not to be the case.

In the June 2007, *Pain: Clinical Updates* from the International Association for the Study of Pain (IASP)[4], it was suggested that "complex regional pain syndrome may respond to intravenous ketamine, topical ketamine ointment, or epidural

8

infusion." Our ongoing treatments have shown that the word "may" for intravenous ketamine should be replaced by "do," as it is clear that CRPS does respond to intravenous ketamine infusion. However, I have not found topical ketamine ointment or epidural infusion to be particularly helpful at this point in time.

A 2005 Goldberg et al study[5] suggested mixed results with outpatient ketamine, but again, ongoing treatments and sheer numbers of patients have suggested that

modalities of treatment have been tried and failed, we have been successful in obtaining insurance authorization from many insurers. Aetna US Healthcare is reviewing the payment of this treatment, as they are currently the only major insurer denying payment.

Unfortunately, this is not a "cure." Currently, patients who have been labeled "cured" all received high-level comatose doses of ketamine in either Germany or Mexico. However, the low-

I advise women of childbearing age to stop ketamine therapy 30 days before conception, although there is no indication of greater residual risk than with any other medication. Finally, it should be noted that no patients have been eliminated from the treatment protocols due to unmanageable side effects.

As with any therapeutic measure, more information will be necessary and will be obtained over time. We continue to make adjustments in the protocols in an effort to produce better outcomes.

........................................................

*In cases where all "conventional" modalities of treatment have been tried and failed, we have been successful in obtaining insurance authorization from many insurers.*

*Philip Getson, DO, is a board-certified Family Practitioner and an Associate Professor of Neurology at the Drexel University College of Medicine in Philadelphia. He can be reached at 856-983-7246 or pgetson@aol.com.*

their original data, on a small patient population, was incorrect. It is entirely possible that their patient population was too small, or the dosage of ketamine too low, as their maximum outpatient dose was 100 mg ketamine.

All of this notwithstanding, it is clear that the infusions are helpful. My 2006 article[1] maximized the outpatient dose at 100 mg ketamine, and currently, we are at 2 to 2.5 times that dose with an inherent safety factor being maintained. Certainly some patients suffer side effects to include mild hallucinations (which are extremely rare), nausea, headache, and anxiety. All of these are dose related and easily controlled by adjunctive medication.

## Outcomes

It is clear is that patients with CRPS who have received ketamine have made significant strides in a positive direction. Insurers have been more understanding regarding payment for ketamine. In cases where all "conventional"

dose outpatient infusions are clearly beneficial and should be considered in individuals whose treatment with more "conventional" modalities has caused limited improvement.

A comprehensive ketamine treatment program must include other treatment modalities. A good diet, exercise, physical and occupational therapy, and an overall attempt at a healthier lifestyle all play a positive role in improving the patient's health. All of these modalities, and a reduction of pain medications, specifically opioids, should be incorporated into the overall treatment regimen.

We have been treating individuals of all ages. Recently a 14-year-old boy in Michigan underwent hospital-based infusion, followed by outpatient treatment using our established protocols. Reportedly, the treatment was approximately 80% to 90% successful in diminishing his pain and helping him to recover a more normal lifestyle.

## References

1. Getson P. Overview of Ketamine Infusion Therapy. *RSDSA Review.* 2006;19(2):6-7.
2. Drexel University College of Medicine. Double Blind Placebo Controlled Study of Outpatient Intravenous Ketamine for the Treatment of CRPS. ClinicalTrials. gov. Available at: http://clinicaltrials. gov/ct2/show/NCT00579085. Accessed May 8, 2009.
3. Hocking G, Cousins MJ. Ketamine in chronic pain management: an evidence-based review. *Anesth Analg.* 2003;97(6):1730-1739.
4. Hocking G, Visser EJ, Schug SA, Cousins MJ. Ketamine: Does Life Begin at 40? *Pain: Clinical Updates.* 2007;15(3).
5. Goldberg ME, Domsky R, Scaringe D, et al. Multi-day low dose ketamine infusion for the treatment of complex regional pain syndrome. *Pain Physician.* 2005;8(2):175-179. ∎