# PLAINTIFF'S EXHIBIT 3

Rec'd in PCM appeals 3/19/12

## HAN Neurological Associates
1 Medical Center Boulevard ACP, Suite 533  Upland, PA 19013
Ph: 610-874-1184  Fax: 610-874-4258

RECEIVED

February 21, 2012

Patient Care Mgmt
APPEALS

Letter of  Medical Necessity for Treatment of Complex Regional Pain Syndrome with Ketamine Infusion

RE: Debra Rubin
DOB: ▓▓▓▓▓

To Whom It May Concern:

The above patient is under my care and being treated for Chronic Migraine and Complex Regional Pain Syndrome (CRPS) of the left lower limb.  She has been under my care for the last 5 months. During that time period she has been going to physical therapy 3 days per week and taking several potent pain medications.  She also saw The Director of Interventional Pain Management, who reported that she could perform nerve blocks but didn't feel that was superior to going into Dr. Robert Schwartzman's  program at Drexel to receive Ketamine infusions for CRPS.  Ms. Rubin's life has been consumed by this disorder and the pain she lives with daily.  She has done everything her physicians have requested since being diagnosed without significant benefit.  She was recently discharged from physical therapy for "lack of progress".

There have been several papers published over the last 5 years addressing treatment of CRPS with Ketamine Infusions.  The lack of randomized controlled trials regarding this treatment is not an uncommon occurrence when procedures for pain are involved.  Finding an adequate control group is often difficult and in this particular case, difficult to mimic as far as the side effects of ketamine are concerned.  Dr. Schwartzman has been doing this for  greater than 10 years with success which is everything to these patients and would be to this particular patient who is in her 50's  and has many viable years left to live if you consider the average life expectancy.  I feel this treatment is the patient's best option medically to provide sustained pain relief from CRPS.

Finally I would like you to consider the cost economically as well as psychologically for this patient to having been diagnosed and to be living with CRPS.  She has been tearful and demonstrated sings of depression commonly seen in patients with chronic pain.  Aggressive treatment early is recommended for the treatment of this disorder to prevent progression.  Dr. Robert Schwartzman, Chair of Neurology at Drexel, is one of the world's leading authorities on CRPS, and he feels this patient would be a good candidate for this treatment.  The waiting list for Dr. Schwartzman for the above treatment is currently 2 years.  I hope you will reconsider your decision to deny this patient the above described treatment.  Feel free to contact me with any questions or concerns that you may have.

Sincerely,



Roderick C. Spears, M.D.