# PLAINTIFF'S EXHIBIT 5



Rec'd in PCM appeals 4/18/12

**AmeriHealth**
ADMINISTRATORS.

Patient Care Management
720 Blair Mill Road
Horsham, PA 19044

**RECEIVED**

APR 18 2012

March 28, 2012

SINGLE PIECE

5528 0-5234 SP 0-450

DEBRA RUBIN
1295 N PROV RD. F410L
MEDIA, PA 19063                    192

Patient Name: Debra Rubin
Birth Date: ▮▮▮▮▮▮
Patient ID #: ▮▮▮▮▮▮
Reference #: 1120410135
Admission Date: 02/10/2012
Attending Physician: Robert J. Schwartzman, MD

1 OF 1

ENV 5528

### ***PROVIDER APPEAL REVIEW DETERMINATION***

Dear Debra Rubin or Member Authorized Representative:

The above referenced Inpatient admission has been reviewed by a peer consultant in the same or a similar specialty as that of the attending physician. Based on the clinical information provided and the peer consultant's review, it has been determined that benefits for the Inpatient admission cannot be approved for the following reason:

(X01) The patient's benefits plan excludes coverage for services that are deemed experimental/investigative as defined under plan documents. In this case the information provided indicates the request is excluded from coverage as experimental/investigative based on the medical policy guidelines, which conclude that the safety and efficacy of these services has not been established in the medical community. Although a treatment plan may be deemed necessary or advisable by a physician, when benefit exclusions exist, coverage is not available under the terms of the benefit plan.

Notice of this decision has been given to the doctor and, if applicable, the facility/servicing health care provider. A copy of the medical guidelines and/or InterQual criterion used for the decision will be provided free of charge and upon request. In addition, we will provide you with the diagnosis codes and treatment codes and their meanings that your healthcare provider or facility supplied for this review. You may request this information by phone or in writing at the address provided on this letter. Additionally, you are entitled to, upon written request and free of charge, access to, and copies of, all documents, records, and other information relevant to the patient's request.

The basis (rationale) for the peer consultant's decision is:

"CLINICAL RATIONALE: Per medical policy, intravenous ketamine is considered experimental/investigational and, therefore, not covered, for treatment of CRPS. A search of the medical literature produced no RCTs involving the use of intravenous ketamine in CRPS. Existing studies investigating ketamine are of poor quality or address only non-CRPS pain. Therefore, intravenous ketamine in CRPS has not been shown to improve the net health outcome. In addition, intravenous ketamine has not been approved by the FDA for use in CRPS. "

If you disagree with this decision, you or someone you name to act as your authorized representative may appeal the decision by phone or in writing, within 180 days of the date of this letter. Send the request for appeal to the attention of Patient Care Management – Appeals Department, at the address provided on this letter. For information about naming an authorized representative call Customer Services at the telephone number listed on your ID card. You may supply any information or documents that you believe will show why the denial is incorrect and should be overturned. We will review the information, make a decision and promptly notify you of our determination. In the event that treatment involves urgent care, a determination will be provided within 72 hours of receipt of the appeal request. If we continue to deny the payment or coverage you may be able to request an external review of your claim by an independent third party. You may request an external review by phone or in writing at the address on this letter within four (4) months of receiving this letter. Your request will be forwarded to an independent third party (either by us or your authorized group representative) who will review the denial and notify you of the final decision. For information regarding your internal and external appeal rights, please refer to your plan booklet or call Customer Service.

If you have any questions or concerns regarding this letter, or need assistance in understanding this notice of our decision please contact us at (800) 952.3404. If the health plan is subject to the requirements of the Employment Retirement Income Security Act (ERISA), you may contact the Employee Benefits Security Administration for

APNCADM