# PLAINTIFF'S EXHIBIT 7

# Gideon D. Hill, MD

644 Bridle Road  
Glenside, Pennsylvania 19038-2004

**Phone:** 215-887-8110  
**Cell:** 215-280-2004

## Professional Experience

**2005–Present   AmeriHealth Administrators**            Horsham, Pennsylvania

Vice President, Managed Care Services and Regional Medical Director

*AmeriHealth Administrators (AHA), a third party administrator, is an independently operated, fully owned subsidiary of Independence Blue Cross.*

*Key Accountabilities:*

- Develop and promote programs in disease management, health promotions, wellness and other medical cost management activities to external customers.
- With Sales and Marketing, consult with external customers, identify group-specific needs, design and promote customized Patient Care Management (PCM) programs.
- Support and educate prospective and existing accounts, prepare and deliver presentations highlighting trends in managed care, PCM program offerings, and results of PCM intervention.
- Contracting with vendors for managed care services, provider networks, and individual providers.
- Provide operational oversight of contracted networks including access, credentialing, complaint investigation and resolution.
- Develop and maintain effective care management program meeting federal, state, and Utilization Review Accreditation Commission (URAC) requirements.
- Oversight of Quality Management and Compliance program.

*Key Accomplishments:*

- Disease Management sales effort yielded increased enrollment of 250% over two years .
- Initiated and directed 2 year re-engineering of Case Management program to prepare for additional URAC Case Management accreditation.
- Evaluated, selected and oversaw implementation of a high-risk maternity program.
- Implemented predictive modeling program to identify high risk members for Case Management.
- Redesign of Member and Provider appeals process.
  - Internal "pre-appeal review" process reduced external review of appeals by 30%.
  - Reduced average cost of external appeal reviews by 71%.
- Directed PCM department of 480,000 self-insured lives with 34 nurse case managers, 15 customer service representatives and an associate medical director .
  - Risk-adjusted UM program results *(ALOS, Days per 1,000, and Admissions per 1,000)* over past three years have trended 30% better than regional; 15 - 20 % better than national averages.
- Directed network contracting and provider credentialing department for 8,000 directly contracted providers in two networks and with 70 rental networks

**1996–2005      Independence Blue Cross**            Philadelphia, Pennsylvania

Senior Medical Director

*Key Accountabilities:*

- Directed Patient Care Management department for 2.1 million covered lives with 17 full and part-time medical directors and telephone response unit for network physicians.
  - Supervisory and administrative activities.
  - Recruited, interviewed, and selected staff members.
  - Responsible for training and orientation.
  - Developed, administered, and evaluated comprehensive quarterly inter-rater reliability program targeted to resolve identified Case Management and UR deficiencies.
  - Responsible for investigating and answering executive inquiries

**Gideon D. Hill, MD**

*Key Accomplishments:*
- Conceived, developed and implemented Standard Clinical Documentation process.
  - Used for Case Management and UR activity for nurses and medical directors.
  - Revised and expanded over eight years to accommodate market changes and regulatory mandates.
  - Expanded to include automated assembly and entry of customized clinical rationale.
  - Realized 30 % efficiency gain in documentation and improved accuracy in UR activities.
  - 3 U.S. Patents granted for process; recognized as "industry-wide best practice" by URAC during accreditation review.
- Led project team for automation of clinical correspondence to health plan members.
  - Defined scope of project and directed implementation team.
  - Created 200 letter templates to facilitate member understanding of UR decisions.
  - Ensured HIPAA compliance in all member correspondence.
  - Realized a documented reduction in unnecessary appeals arising from member confusion over correspondence.
- Conceived on-line Medical Director Curriculum and Orientation
  - Defined project goals and scope.
  - Developed prototype format and curriculum content.
  - Recognized as "industry-wide best practice" by URAC during accreditation review.
  - Participated in writing of modules.
- Member of implementation team for new UR and Case Management software program
  - Designed medical director data entry screens.
  - Catalogued and transitioned medical director activities from existing system to ensure continuity of UR processes.
- Implemented and managed Member Appeal Unit for mandated Pennsylvania state appeals process
  - Interpreted state regulations (Act 68) for implementation
  - Oversaw development of departmental processes.
  - Recruited and selected nine member appeal team.
  - Compliance rate in all areas greater than 98% on 2 state audits.
- Developed Medicare non-acute care review team
  - Outlined review protocols.
  - Responsible for training of team members.
  - 36% reduction in non-acute care inpatient length of stay .

**1994–1996      Health Spring Medical Group          Philadelphia, Pennsylvania**

Family Physician;  Section Leader, Family Medicine;  Chair, Medical Records Committee
- Lead clinical physician in primary practice location for start-up closed panel HMO.
- Developed office procedures and protocols.
- Implemented and presented wellness and health promotions programs.
- Marketed practice in conjunction with regional health plan sales teams.

**1992–1994      Greater Atlantic Health Service          Philadelphia, Pennsylvania**

Full time clinical practice of Family Medicine
- Member, Quality Management Committee.

**1988–1992      United States Air Force Medical Corps**

Maguire USAF Clinic; Maguire Air Force Base, NJ
86th Air Wing USAF Clinic; Ramstein, Germany.
- Director, Clinical Laboratory.
- Wrote and broadcast recurring health report for regional Armed Forces Network Radio station.
- Member, Pharmacy & Therapeutics Committee.
- Instructor, Basic Life Support.

**Gideon D. Hill, MD**

### Licensure and Certification

Commonwealth of Pennsylvania Medical License; February 1991-present.
Diplomate, American Board of Family Practice, 1988-2014.
Diplomate, National Board of Medical Examiners, 1984.

### Education

| | | |
|---|---|---|
| 1985–1988 | Underwood Memorial Hospital<br>Woodbury, New Jersey | Family Medicine Residency |
| 1984-1985 | Cooper University Medical Center<br>Camden, New Jersey | PGY-2 Radiation Oncology |
| 1983-1984 | University of Pennsylvania-Presbyterian Medical Center<br>Philadelphia, Pennsylvania | PGY-1 Medical Internship |
| 1979-1983 | Jefferson Medical College<br>Philadelphia, Pennsylvania | M.D. |
| 1979 | University of Delaware<br>Newark, Delaware | B.A., Biology |

### Educational Honors

Chief Resident, Radiation Oncology, 1985.
Health Professions Scholarship, United States Air Force, 1979-1983.
Magna Cum Laude Graduate, University of Delaware, 1979.

3