# PLAINTIFF'S EXHIBIT 8



Rec'd in PCM appeals 4/27/12

National Medical Reviews, Inc.

Independent Medical Record Review Attached Specialty Consultation Report

| Member Name: Debra Rubin | Jurisdictional Venue: PA | Case ID#: I120410135 |
|---|---|---|

**Level of Referral** ☐ Initial Review   ☐ Reconsideration   ☒ First Level Appeal   ☐ Second Level Appeal

**Type of Referral** ☐ Standard   ☐ Expedited

---

**State Reason for Previous Determination:**
Denied as inpatient admission for IV Ketamine (J3490) for treatment for CRPS is considered experimental/investigational & is a benefit exclusion

**Cite Reference # for Criteria / Plan Language Utilized for Previous Determination:**
IBC Medical Policy: Complex Regional Pain Syndrome (CRPS) Parenteral Treatments 08.00.57b

---

**THE QUESTION (S):**

Based on clinical findings, documentation & Medical Policy was inpatient admission for IV Ketamine for treatment of CRPS considered experimental/investigational for this member?

---

**DETERMINATION - *SEE PAGE 2 FOR CLINICAL RATIONALE***

☒ DENIAL / Uphold Previous Denial

☐ AUTHORIZATION / Overturn Previous Denial

☐ MIXED DECISION / Partially Overturn Previous Determination
   Authorize this:
   Uphold Denial of this:
   On what date could this patient have been discharged?

---

### Conflict of Interest Attestation

I attest that I do not have any material professional, financial, or familial conflict of interest that would prevent me from conducting this review.

**Signature of Reviewer:** On File                **Date of Transcription:** 04/27/2012

**Print Name:** Jon Glass, MD.                    **Board Certification:** Neurology

**State License:** PA / MD046156L                 **Expiration Date:** 12/31/2012




**National Medical Reviews, Inc.**
260 Knowles Avenue, Suite 330, Southampton, PA 18966
(800) 283-8196 / (215) 352-7800 / FAX (215) 352-7801
www.NMRusa.com / MedReviews@NMRusa.com

Member Name: Debra Rubin
Case ID #: 1120410135

Rec'd in PCM appeals 4/27/12

---

**CLINICAL RATIONALE FOR DETERMINATION**

**The plan of care in question:**
Based on clinical findings, documentation & Medical Policy was inpatient admission for IV Ketamine for treatment of CRPS considered experimental/investigational for this member?

**History:**
The member is a 55-year-old female (D.O.B.: ~~████████~~) with complex regional pain syndrome (CRPS) and reflex sympathetic dystrophy (RSD) of the left lower limb. The member has a past medical history of brain aneurysm and chronic migraine. There was minimal clinical information submitted for review. An appeal letter from the member dated 04/22/12 & a detailed history was provided. A letter of medical necessity for Ketamine infusion from Roderick Spears, MD dated 02/21/12 noted that she has been under his care for 5 months. She is participating in PT 3 days per week & takes several potent pan medications. The member saw Dr. Robert Schwartzman who diagnosed her with CRPS and RSD on 10/10/11. She saw the Director Of Interventional Pain management but did not feel that was superior to going to Dr. Schwartzman's program at Drexel to receive Ketamine infusions for CRPS. According to the member's injury history, she injured her foot on 06/17/11. She was taken to the emergency room and examined, no fracture was found. The member saw a foot and ankle specialist who put her in a boot and the member obtained an MRI of the foot. The member underwent physical therapy. . Dr. Schwartzman recommended intravenous Ketamine infusions. Review of records reveals that the member was admitted to Hahnemann University hospital on 02/10/12 for inpatient treatment with Ketamine for CRPS.

**Rationale:**
Inpatient hospitalization for IV Ketamine was not medically necessary. Ketamine can be provided safely and effectively in the outpatient setting. Dr. Schwartzman provided reports of 2 placebo-controlled randomized studies (references 1 and 2) indicating benefit of ketamine over placebo. Reference 1 reflected inpatient treatment and reference 2 reflected outpatient treatment. There is no evidence that inpatient treatment is any more effective than outpatient treatment. Furthermore, there is no evidence in the peer-reviewed medical literature that ketamine is superior to other forms of treatment for complex regional pain syndrome, including pharmacological pain management, or spinal cord stimulation, intrathecal analgesia, or spinal cord stimulation. Based on the provided documentation, this member's inpatient hospitalization for IV Ketamine was not medically necessary. Additionally, under her Medical policy request is considered experimental/investigational & is a benefit exclusion.

**Determination:**
Therefore, based on clinical findings, documentation & Medical Policy, inpatient admission for IV Ketamine for treatment of CRPS is considered experimental/investigational for this member.

---

**LIST REFERENCES USED TO MAKE THIS DETERMINATION**
1. IBC Medical Policy: Complex Regional Pain Syndrome (CRPS) Parenteral Treatments 08.00.57b
2. Sigtermans MJ, van Hilten JJ, Bauer MC, Arbous MS, Marinus J, Sarton EY, Dahan A. Ketamine produces effective and long-term pain relief in patients with Complex Regional Pain Syndrome Type 1. Pain. 2009; 145:304-311.
3. Schwartzman RJ, Alexander GM, Grothusen JR, Paylor T, Reichenberger E, Perreault M. Outpatient intravenous ketamine for the treatment of complex regional pain syndrome: a double-blind placebo controlled study. Pain. 2009;147:107-115.
4. Baron R, Binder A, Wasner G. Neuropathic pain: diagnosis, pathophysiological mechanisms, and




**National Medical Reviews, Inc.**
260 Knowles Avenue, Suite 330, Southampton, PA 18966
(800) 283-8196 / (215) 352-7800 / FAX (215) 352-7801
www.NMRusa.com / MedReview@NMRusa.com

**Member Name:  Debra Rubin**
**Case ID #:  1120410135**

Rec'd in PCM appeals 4/27/12

treatment. Lancet Neurol. 2010;9:807-819.



**National Medical Reviews, Inc.**
260 Knowles Avenue, Suite 330, Southampton, PA 18966
(800) 283-8196 / (215) 352-7800 / FAX (215) 352-7801
www.NMRusa.com / MedReview@NMRusa.com

