# PLAINTIFF'S EXHIBIT 9

**AmeriHealth**
A D M I N I S T R A T O R S.
Patient Care Management
720 Blair Mill Road
Horsham, PA 19044



SINGLE PIECE

10494 0-5234 SP 0-450

DEBRA RUBIN
1295 N PROV RD. F410L
MEDIA, PA 19063
150

April 30, 2012

Patient Name: Debra Rubin
Birth Date:
Patient ID #:
Reference #: l120410135
Admission Date: 02/10/2012
Attending Physician: Robert J. Schwartzman, MD

### ***APPEAL REVIEW DETERMINATION***

Dear Debra Rubin or Member Authorized Representative:

The above referenced Inpatient admission has been reviewed by a peer consultant in the same or a similar specialty as that of the attending physician. Based on the clinical information provided and the peer consultant's review, it has been determined that benefits for the Inpatient admission cannot be approved for the following reason:

(X01) The patient's benefits plan excludes coverage for services that are deemed experimental/investigative as defined under plan documents. In this case the information provided indicates the request is excluded from coverage as experimental/investigative based on the medical policy guidelines, which conclude that the safety and efficacy of these services has not been established in the medical community. Although a treatment plan may be deemed necessary or advisable by a physician, when benefit exclusions exist, coverage is not available under the terms of the benefit plan.

Notice of this decision has been given to the doctor and, if applicable, the facility/servicing health care provider. A copy of the medical guidelines and/or InterQual criterion used for the decision will be provided free of charge and upon request. In addition, we will provide you with the diagnosis codes and treatment codes and their meanings that your healthcare provider or facility supplied for this review. You may request this information by phone or in writing at the address provided on this letter. Additionally, you are entitled to, upon written request and free of charge, access to, and copies of, all documents, records, and other information relevant to the patient's request.

The basis (rationale) for the peer consultant's decision is:

"Rationale: Inpatient hospitalization for IV Ketamine was not medically necessary. Ketamine can be provided safely and effectively in the outpatient setting. Dr. Schwartzman provided reports of 2 placebo-controlled randomized studies (references 1 and 2) indicating benefit of ketamine over placebo. Reference 1 reflected inpatient treatment and reference 2 reflected outpatient treatment. There is no evidence that inpatient treatment is any more effective than outpatient treatment. Furthermore, there is no evidence in the peer-reviewed medical literature that ketamine is superior to other forms of treatment for complex regional pain syndrome, including pharmacological pain management, or spinal cord stimulation, intrathecal analgesia, or spinal cord stimulation. Based on the provided documentation, this member's inpatient hospitalization for IV Ketamine was not medically necessary. Additionally, under her Medical policy request is considered experimental/investigational & is a benefit exclusion."

**This review completed the internal appeals process under your plan.** If you disagree with this decision, you or someone you name to act for you as your authorized representative, have the right to request an external review by an independent third party. For information about naming an authorized representative call Customer Service at the telephone number listed on your ID card.

You may request an external review by calling or writing AHA at the address on this letter within four (4) months of receiving this letter. You may supply any additional information or documents that you believe will show why the denial is incorrect and should be overturned. Your request will be forwarded to an independent third party (either by us or your authorized group representative) who will review the denial and notify you of the final decision. For information regarding your internal and external appeal rights, please refer to your plan booklet or call Customer Service.

If you have any questions or concerns regarding this letter, or need assistance in understanding this notice of our

APNCADM

decision please contact us at (800) 952.3404. If the health plan is subject to the requirements of the Employment Retirement Income Security Act (ERISA), you may contact the Employee Benefits Security Administration for questions at 1-866-444-EBSA (3272). Following the appeal the patient may have the right to bring civil action under section 502(a) of the Act.

Sincerely,
Gideon D. Hill, M.D., FAAFP
Vice President, Managed Care Services
Regional Medical Director

Para obtener asistencia en Español, sírvase llamar a la Administración de la Atención de los Pacientes (Patient Care Management) al número de teléfono publicado en esta carta.

Kung kailangan ninyo ng tulong sa Tagalog, pakitawagan ang Patient Care Management sa numero ng telepono na nasa sulat na ito.

如果 需要 中文的幫助，請按列此信函上的電話號碼與服務代表人取得聯繫.

T'áá Diné k'ehjí go shíká'at'oowoł nínízingo Diné Bizó'oná'awo' bił 'oonidíji'ísíchį' hodíídíín.

APHCADM