<u>CERTIFICATION OF FILING</u>
<u>AND CERTIFICATE OF SERVICE</u>

I, Mark S. Pinnie, hereby certify that on April 16, 2013, a true and correct copy of the

foregoing Plaintiff's Response in Opposition to Motion for Summary Judgment of Defendants,

AmeriHealth Administrators, Inc. and Crozer-Chester Medical Center, and Memorandum of Law

in support thereof, was electronically filed with the Court via the ECF Electronic Filing System

and is available for viewing and downloading.

I further certify that a true and correct copy of the foregoing Plaintiff's Response in

Opposition to Motion for Summary Judgment of Defendants, AmeriHealth Administrators, Inc.

and Crozer-Chester Medical Center, and Memorandum of Law in support thereof, was served via

U.S. First-Class Mail, postage-prepaid, on the following parties:

> Gerald J. Dugan, Esquire
> Dugan, Brinkmann, Maginnis and Pace
> 1880 John F. Kennedy Boulevard, Suite 1400
> Philadelphia, PA  19103
>
> *Attorney for Defendants*

 /s/ Mark S. Pinnie
MARK S. PINNIE