IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DEBRA L. RUBIN                           :         CIVIL ACTION
              Plaintiff,              :
                                         :
      v.                             :
                                         :
AMERIHEALTH ADMINSTRATORS,    :
INC. d/b/a AMERIHEALTH           :
ADMINSTRATORS                    :
        and                         :
CROZER-CHESTER MEDICAL CENTER,:
        Defendants.             :         NO. 12-3719-RK


ORDER


     AND NOW, TO WIT, this _____ day of _____, 2013, upon consideration

of Defendants' Motion for Summary Judgment, and Plaintiff's Response in Opposition thereto, it

is hereby ORDERED and DECREED that said Motion is DENIED.


BY THE COURT:


_____
                                        J.