IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DEBRA L. RUBIN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.  12-3719 |
| | : | |
| AMERIHEALTH ADMINISTRATORS, INC. | : | |
| d/b/a AMERIHEALTH ADMINISTRATORS and | : | |
| CROZER-CHESTER MEDICAL CENTER, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW,** this   2nd   day of August, 2013, upon consideration of the Motion for Summary Judgment filed by Defendants, Amerihealth Administrators, Inc. and Crozer-Chester Medical Center (Doc. No. 17), the Response in Opposition filed by Plaintiff, Debra L. Rubin, as well as the Replies thereto, it is hereby **ORDERED** that the Motion is **DENIED** due to the existence of genuine issues of material facts.

**IT IS FURTHER ORDERED** that the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the date of this Order.

BY THE COURT:


/s/ Robert F. Kelly
Robert F. Kelly,              Sr. J.