IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA L. RUBIN, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No. 12-3719 |
| AMERIHEALTH ADMINISTRATORS, INC. : <br> d/b/a AMERIHEALTH ADMINISTRATORS and : <br> CROZER-CHESTER MEDICAL CENTER, : | |
| Defendants. : | |

## ORDER

**AND NOW,** this 2nd day of August, 2013, upon consideration of the Motion for Summary Judgment filed by Defendants, Amerihealth Administrators, Inc. and Crozer-Chester Medical Center (Doc. No. 17), the Response in Opposition filed by Plaintiff, Debra L. Rubin, as well as the Replies thereto, it is hereby **ORDERED** that the Motion is **DENIED** due to the existence of genuine issues of material facts.

**IT IS FURTHER ORDERED** that the parties' Joint Pretrial Order shall be filed within fourteen (14) days after the date of this Order.

BY THE COURT:

/s/ Robert F. Kelly
Robert F. Kelly,          Sr. J.