IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA RUBIN | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| AMERIHEALTH ADMINISTRATORS, INC. | : | NO. 12-3719 |
| | : | |

## O R D E R

**AND NOW**, this 18th day of September, 2013, it is hereby **ORDERED** that the parties request as stated in the attached letter sent to the Court dated September 16, 2013 is **GRANTED.**

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE