SEP 16 2013

Media Office

12 S. Monroe Street
Media, PA 19063
(215) 563-3500

**DUGAN BRINKMANN MAGINNIS & PACE**

New Jersey Office

33 South Main Street
Mullica Hill, NJ 08062
(856) 223-8600
Facsimile: (856) 223-8601

Attorneys at Law

1880 John F. Kennedy Boulevard, Suite 1400
Philadelphia, Pennsylvania 19103

(215) 563-3500
Facsimile: (215) 563-5610
www.dbmplaw.com

gjdugan@dbmplaw.com

**Via Facsimile – 215-580-2143**
The Honorable Robert F. Kelly
United States District Court for the
 Eastern District of Pennsylvania
United State Courthouse Room 11613
601 Market Street
Philadelphia, PA  19106

      Re:   *Rubin v. Amerihealth Administrators, et al.*
              E.D. Pa. No. 12-3719-RK
              DBMP File No. 06599

Dear Judge Kelly:

      You will recall that plaintiff's counsel and myself forwarded a joint request to Your Honor on August 29th requesting an additional 21 days to submit our joint pretrial order in this case. This letter will serve as a second joint request for an additional extension to file that same joint pretrial order based upon the efforts of both counsel to schedule to remaining discovery that needs to be conducted before the trial of this case.

      As a result of Your Honor's order denying the defendant's Motion for Summary Judgment both sides have determined that depositions need to be conducted of certain witnesses in Massachusetts as well as additional witnesses here in the Philadelphia area.

      We have succeeded in scheduling those Massachusetts beginning on October 1st and we are currently in the process of scheduling the Philadelphia depositions as well. We will continue to jointly move forward as expeditiously as possible to complete this discovery but would ask Your Honor's indulgence in granting us an additional 15 days after the conclusion of these depositions to file the joint pretrial order.

Hon. Robert F. Kelly
September 16, 2013
Page 2

      We greatly appreciate Your Honor's consideration of this joint requested.

Sincerely,

      Respectfully submitted,

      DUGAN, BRINKMANN, MAGINNIS and PACE

      GERALD J. DUGAN

GJD/bcr

cc:   Mark S. Pinnie, Esquire
      *Via E-Mail – mpinnie@bmplaw.net*