IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RUBIN                          :         CIVIL ACTION
                               :
        v.                     :
                               :
                               :
AMERIHEALTH ADMINISTRATORS,    :
INC, et al                     :         NO.12-3719


O R D E R


        **AND NOW, TO WIT:** This 20th day of February, 2014,
it having been reported that the issues between the parties in
the above action has been settled and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court (effective January 1, 1970), it is

        **ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel without costs.




                              **MICHAEL E. KUNZ,** Clerk of Court


                              **BY:/s**/ Mark A. Rafferty_____
                                     Mark A. Rafferty
                                     Deputy Clerk




Civ 2 (7/83)
41.1(b)